# STATE OF GEORGIA
## Secretary of State
### Corporations Division
### 313 West Tower
### 2 Martin Luther King, Jr. Dr.
### Atlanta, Georgia 30334-1530

## CERTIFIED COPY

I, **Brad Raffensperger**, the Secretary of State of the State of Georgia, do hereby certify under the seal of my office that the attached documents are true and correct copies of documents filed with the Corporations Division of the Office of the Secretary of State of Georgia under the name of

### PETRA REALTY, INC.
**a Domestic Profit Corporation**

This certificate is issued pursuant to Title 14 of the Official Code of Georgia Annotated and is prima-facie evidence of the existence or nonexistence of the facts stated herein.

| | | |
|---|---|---|
| Docket Number | : | 28569460 |
| Date Inc/Auth/Filed | : | 07/28/2005 |
| Jurisdiction | : | Georgia |
| Print Date | : | 01/29/2025 |
| Form Number | : | 215 |



Brad Raffensperger
Secretary of State

# Secretary of State
## Corporations Division
### 315 West Tower
### #2 Martin Luther King, Jr. Dr.
### Atlanta, Georgia 30334-1530

CONTROL NUMBER: 0551521
EFFECTIVE DATE: 07/28/2005
JURISDICTION  : GEORGIA
REFERENCE     : 0064
PRINT DATE    : 08/01/2005
FORM NUMBER   : 311

GREGG P. COUNTS
2138 EAST MAIN STREET
SNELLVILLE, GA 300783496

## CERTIFICATE OF INCORPORATION

I, Cathy Cox, the Secretary of State and the Corporations Commissioner of the State of Georgia, do hereby certify under the seal of my office that

**PETRA REALTY, INC.**
**A DOMESTIC PROFIT CORPORATION**

has been duly incorporated under the laws of the State of Georgia on the effective date stated above by the filing of articles of incorporation in the Office of the Secretary of State and by the paying of fees as provided by Title 14 of the Official Code of Georgia Annotated.

WITNESS my hand and official seal in the City of Atlanta and the State of Georgia on the date set forth above.



Cathy Cox
Secretary of State



**OFFICE OF SECRETARY OF STATE**
**CORPORATIONS DIVISION**
315 West Tower, #2 Martin Luther King, Jr. Drive
Atlanta, Georgia 30334-1530
(404) 656-2817
Registered agent, officer, entity status information via the Internet
http://www.georgiacorporations.org

WARREN RARY
Director

QUINTILIS B. ROBINSON
Assistant Director

**CATHY COX**
Secretary of State

# TRANSMITTAL INFORMATION
# GEORGIA PROFIT OR NONPROFIT
# CORPORATIONS

DO NOT WRITE IN SHADED AREA - SOS USE ONLY

| DOCKET # | | PENDING # *P686700* | | CONTROL # | |
| DOCKET CODE | DATE FILED | | AMOUNT RECEIVED | | CHECK/ RECEIPT # |
| TYPE CODE | | EXAMINER | | JURISDICTION (COUNTY) CODE | |

**NOTICE TO APPLICANT: PRINT PLAINLY OR TYPE REMAINDER OF THIS FORM**

1. 052000720

   Corporate Name Reservation Number (optional; articles accepted without prior reservation)

   PETRA Realty, Inc.

   Corporate Name (List *exactly* as it appears in articles)

2. Gregg P. Counts                                        770-979-4300

   (Name of person filing articles; completed filing returned to this person, at address below)        Telephone Number

   2138 East Main Street

   Address

   Snellville                    Georgia                    30078-3496

   City                          State                      Zip Code

3.     Mail or deliver to the Secretary of State, at the above address, the following:

   1) This transmittal form
   2) Original and one copy of the Articles of Incorporation
   3) Filing fee of $100.00 payable to Secretary of State. Filing fees are NON-refundable.

   I certify that a Notice of Incorporation or Notice of Intent to Incorporate with a publication fee of $40.00 has been or will be mailed or delivered to the official organ of the county where the initial registered office of the corporation is to be located. (The Clerk of Superior Court can advise you of the official organ in a particular county.)

   _____                    7/27/05
   Authorized Signature                               Date

# ARTICLES OF INCORPORATION

## OF

## PETRA REALTY, INC.

### ARTICLE I

The name of the Corporation is:

PETRA REALTY, INC.

### ARTICLE II

The corporation is organized as a type S corporation, pursuant to the provisions of the Georgia Business Corporation Code.

### ARTICLE III

The Corporation shall have perpetual duration.

### ARTICLE IV

The Corporation is organized as a Corporation for profit and may engage in any lawful activity and have any purpose not specifically prohibited to Corporations under the applicable laws of the State of Georgia and shall be authorized to carry on any lawful business, including but not limited to importing, selling and distributing hardware, and to take any lawful actions necessary in connection therewith or incident thereto.

### ARTICLE V

The Corporation shall have authority, to be exercised by its Board of Directors, to authorize 10,000 shares of voting Common Stock of the par value of $1.00 per share. The Corporation may purchase its own shares out of unrestricted and unreserved earned surplus and capital surplus available therefore and otherwise as provided by law. The Board of Directors of the

Corporation may, from time to time, and in its discretion, distribute to its shareholders out of the capital surplus of the Corporation a portion of its assets, in cash or property. Shareholders of the Corporation shall not have any preemptive right to acquire unissued shares of the Corporation.

## ARTICLE VI

The Corporation shall not commence business until it shall have received at least Five Hundred ($500.00) Dollars in payment for the issuance of shares of stock.

## ARTICLE VII

The initial registered office of the Corporation shall be at 2138 East Main Street, Snellville, Georgia 30078. The initial registered agent of the Corporation shall be Gregg P. Counts. The principal office of the Corporation shall have the same mailing address.

## ARTICLE VIII

The initial Board of Directors shall consist of two (2) members, whose names and addresses are:

>Constantine Angus
>1263 Pensacola Lane
>Grayson, Georgia 30017

>Jolyn M. Angus
>1263 Pensacola Lane
>Grayson, Georgia 30017

## ARTICLE IX

Any action required by the Georgia Business Corporation Code to be taken at a meeting of the shareholders of the corporation or which may be taken at a meeting of the shareholders may be taken without a meeting if written consent, setting forth the action so taken, is signed by persons who would be entitled to vote at a meeting those shares having voting power to

cast not less than the minimum number of votes that would be necessary to authorize or take such action at a meeting at which all shareholders entitled to vote were present and voted.

## ARTICLE X

The name and address of the incorporator is:

Constantine Angus
1263 Pensacola Lane
Grayson, Georgia 30017

IN WITNESS WHEREOF, the undersigned has executed these Articles of Incorporation, this 26ᵗʰ day of July , 2005.

BYRNE & COUNTS, LLC

Gregg P. Counts
Attorney for Incorporator
2138 E. Main Street
Atlanta, Georgia 30078
(770) 979-4300

SECRETARY OF STATE
CORPORATIONS DIVISION
2005 JUL 28 P 3: 20

3



**Karen C Handel**
Secretary of State

# STATE OF GEORGIA
# 2007 Corporation Annual Registration

## OFFICE OF SECRETARY OF STATE
Annual Registration Filings
P.O. Box 23038
Columbus, Georgia 31902-3038

**Entity Control No.** 0551521                    **Information on record as of:** 3/1/2007

PETRA REALTY, INC.
1263 PENSACOLA LN
GRAYSON GA, 30017

Amount due from this entity is indicated below. Annual fee is $30. If amount is more than $30, total reflects amount(s) due from previous year(s). **Renew by April 1, 2007**

Renew at www.georgiacorporations.org or by submitting bottom portion with check payable to "Secretary of State".

Officer, address and agent information currently of record is listed below. Please verify "county of registered office." If correct and complete, detach bottom portion, sign, and return with payment. Or, enter changes as needed and submit. Complete each line, even if the same individual serves as Chief Executive Officer, Chief Financial Officer and Secretary of the corporation. Please PRINT LEGIBLY.

**Note:** Agent address must be a street address in Georgia where the agent may be served personally. A mail drop or P.O. Box does not comply with Georgia law for registered office. P.O. Box may be used for principal office and officers.

Any person authorized by the entity to do so may sign and file registration (including online filing).

Please return ONLY the original form below and fee. Other filings and correspondence should be sent to our Atlanta address: Corporations Division, 315 West Tower, #2 Martin Luther King Jr. Drive, Atlanta, GA 30334.

Visit www.georgiacorporations.org to file online or for more information on annual registration. Or, call 404-656-2817.

**Current information printed below. Review and update as needed. Detach original coupon and return with payment.**

| CORPORATION NAME | ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|---|
| PETRA REALTY, INC. | 1263 PENSACOLA LN | GRAYSON | GA | 30017 |
| CEO: CONSTANCE ANGUS | | | GA | |
| CFO: JOLYN M ANGUS | | | GA | |
| SEC: KAMARAH S ANGUS | | | GA | |
| AGT: GREGG P. COUNTS | 2138 EAST MAIN STREET | SNELLVILLE | GA | 30078 |

**IF ABOVE INFORMATION HAS CHANGED, TYPE OR PRINT CORRECTIONS BELOW:**

| | | | | |
|---|---|---|---|---|
| Corporation Addr: 2128 EAST MAIN STREET | | SNELLVILLE | GA | 30078 |
| CEO: CONSTANTINE ANGUS | 1263 PENSACOLA LANE | GRAYSON | GA | 30017 |
| CFO: JOLYN M ANGUS | 1263 PENSACOLA LANE | GRAYSON | GA | 30017 |
| SEC: KAMARAH S ANGUS | 1263 PENSACOLA LANE | GRAYSON | GA | 30017 |
| AGT: | P.O. BOX NOT ACCEPTABLE | | GA | |

| I CERTIFY THAT I AM AUTHORIZED TO SIGN THIS FORM AND THAT THE INFORMATION IS TRUE AND CORRECT. | COUNTY OF REGISTERED OFFICE: | COUNTY CHANGE OR CORRECTION: |
|---|---|---|
| AUTHORIZED SIGNATURE: KAMARAH S ANGUS     DATE: 3/1/2007 3 | GWINNETT | |
| TITLE: Filer | | |

BR203 2007 Corporation Annual Registration

Amount Due: **$30.00**

073 0551521%8 0030004 PETRAREALTYINC0000000



**STATE OF GEORGIA**
**2008 Corporation Annual Registration**

OFFICE OF SECRETARY OF STATE
Annual Registration Filings
P.O. Box 23038
Columbus, Georgia 31902-3038

Karen C Handel
Secretary of State

Entity Control No. 0551521                    **Information on record as of:** 4/14/2008

PETRA REALTY, INC.
2128 EAST MAIN STREET
SNELLVILLE GA, 30078

Amount due from this entity is indicated below.  Annual fee is $30.  If amount is more than $30, total reflects amount(s) due from previous year(s). **Renew by April 1, 2008**

Renew at www.georgiacorporations.org or by submitting bottom portion with check payable to "Secretary of State".

Officer, address and agent information currently of record is listed below. Please verify "county of registered office." If correct and complete, detach bottom portion, sign, and return with payment. Or, enter changes as needed and submit. Complete each line, even if the same individual serves as Chief Executive Officer, Chief Financial Officer and Secretary of the corporation. Please PRINT LEGIBLY.

**Note:** Agent address must be a street address in Georgia where the agent may be served personally. A mail drop or P.O. Box does not comply with Georgia law for registered office. P.O. Box may be used for principal office and officers.

Any person authorized by the entity to do so may sign and file registration (including online filing).

Please return ONLY the original form below and fee. Other filings and correspondence should be sent to our Atlanta address: Corporations Division, 315 West Tower, #2 Martin Luther King Jr. Drive, Atlanta, GA 30334.

Visit www.georgiacorporations.org to file online or for more information on annual registration. Or, call 404-656-2817.

**Current information printed below. Review and update as needed. Detach original coupon and return with payment.**

| CORPORATION NAME | ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|---|
| PETRA REALTY, INC. | 2128 EAST MAIN STREET | SNELLVILLE | GA | 30078 |
| CEO:    CONSTANTINE ANGUS | 1263 PENSACOLA LANE | GRAYSON | GA | 30017 |
| CFO:    JOLYN M ANGUS | 1263 PENSACOLA LANE | GRAYSON | GA | 30017 |
| SEC:    KAMARAH S ANGUS | 1263 PENSACOLA LANE | GRAYSON | GA | 30017 |
| AGT:    GREGG P. COUNTS | 2138 EAST MAIN STREET | SNELLVILLE | GA | 30078 |

IF ABOVE INFORMATION HAS CHANGED, TYPE OR PRINT CORRECTIONS BELOW:

| Corporation Addr: | | | | |
|---|---|---|---|---|
| CEO: | | | | |
| CFO: | | | | |
| SEC: | | | | |
| AGT: | P.O. BOX NOT ACCEPTABLE | | GA | |

| I CERTIFY THAT I AM AUTHORIZED TO SIGN THIS FORM AND THAT THE INFORMATION IS TRUE AND CORRECT. | COUNTY OF REGISTERED OFFICE: | COUNTY CHANGE OR CORRECTION: |
|---|---|---|
| AUTHORIZED SIGNATURE: KAMARAH S. ANGUS          DATE: 4/14/2008 | GWINNETT | |
| TITLE:    Filer | | |

BR203 2008 Corporation Annual Registration

Amount Due:  **$30.00**

082 0551521⅛8 0030004 PETRAREALTYINC0000000



**Brian P. Kemp**
**Secretary of State**

# STATE OF GEORGIA
## 2010 Corporation Annual Registration

### OFFICE OF SECRETARY OF STATE
Annual Registration Filings
P.O. Box 23038
Columbus, Georgia 31902-3038

**Chauncey Newsome**
**Director**

### Information on record as of: 4/9/2010

**Entity Control No. 0551521**      **Amount Due: $110.00**      **Amount Due *AFTER* April 1, 2010: $110.00**

PETRA REALTY, INC.
2128 EAST MAIN STREET
SNELLVILLE GA, 30078

Each business entity registered or filed with the Office of Secretary of State is required to file an annual registration.   Amount due for this entity is indicated above and below on the remittance form.  Annual fee is $30.  If amount is more than $30, the total reflects amount(s) due from previous year(s) and any applicable late fee(s).  **Renew by April 1, 2010**.  Your Annual Registration must be postmarked by April 1, 2010.  If your registration and payment are not postmarked by  April 1, 2010, you will be assessed a $25.00 late filing penalty fee.

For faster processing, we invite you to file your Annual Registration online with a credit card at www.georgiacorporations.org.  The Corporations Division accepts Visa, MC, Discover, American Express and ATM/Debit Cards with the Visa or MC logo for online filings only. Annual Registrations not processed online require payment with a check, certified bank check or money order.  **We cannot accept cash for payment.**

You may mail your registration in by submitting the bottom portion of this remittance with a check or money order payable to "Secretary of State".   **All checks must be pre-printed with a complete address in order to be accepted by our offices for your filing.  Absolutely, no counter or starter checks will be accepted.  Failure to adhere to these guidelines will delay or possibly reject your filing.** Checks that are dishonored by your bank are subject to a $30.00 NSF charge.  Failure to honor your payment could result in a civil suit filed against you and/or your entity may be Administratively Dissolved by the Secretary of State. [See O.C.G.A. § 13-6-15 and Title 14, respectively.]

Officer, address and Agent information currently of record is listed below.  Please verify "county of registered office."  If correct and complete, detach bottom portion, sign, and return with payment.  Or, enter changes as needed and submit.  Complete each line, even if the same individual serves as Chief Executive Officer, Chief Financial Officer, and Secretary of the corporation.

**Note: Registered Agent address must be a street address in Georgia where the agent may be served personally. A mail drop or P.O. Box does not comply with Georgia law for registered office.  P.O. Boxes may be used for principal office and officers' addresses.**

Any person authorized by the entity to do so may sign and file registration (including online filing).  Additionally, a person who signs a document submits an electronic filing he or she knows is false in any material respect with the intent that the document be delivered to the Secretary of State for filing shall be guilty of a misdemeanor and, upon conviction thereof, shall be punished to the highest degree permissible by law. [O.C.G.A. § 14-2-129.]

Please return ONLY the original form below and applicable fee(s).  For more information on Annual Registrations or to file online, visit www.georgiacorporations.org.   Or, call 404-656-2817.  **PLEASE PRINT LEGIBLY.**
Current information printed below. Review and update as needed. Detach original coupon and return with payment.

| CORPORATION NAME | ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|---|
| PETRA REALTY, INC. | 2128 EAST MAIN STREET | SNELLVILLE | GA | 30078 |
| CEO:   CONSTANTINE ANGUS | 1263 PENSACOLA LANE | GRAYSON | GA | 30017 |
| CFO:   JOLYN M ANGUS | 1263 PENSACOLA LANE | GRAYSON | GA | 30017 |
| SEC   KAMARAH S ANGUS | 1263 PENSACOLA LANE | GRAYSON | GA | 30017 |
| AGT   GREGG P. COUNTS | 2138 EAST MAIN STREET | SNELLVILLE | GA | 30078 |
| **IF ABOVE INFORMATION HAS CHANGES, TYPE OR PRINT CORRECTIONS BELOW:** | | | | |
| CORPORATION ADDRESS: | | | | |
| CEO: | | | | |
| CFO: | | | | |
| SEC: | | | | |
| AGT: | | | | GA |

| I CERTIFY THAT I AM AUTHORIZED TO SIGN THIS FORM AND THAT THE INFORMATION IS TRUE AND CORRECT. | *P.O. BOX NOT ACCEPTABLE FOR REGISTERED AGENT'S ADDRESS* | COUNTY OF REGISTERED OFFICE:           GWINNETT | COUNTY CHANGE OR CORRECTION: |
|---|---|---|---|
| AUTHORIZED SIGNATURE: Kamarah S. Angus | | DATE:   4/9/2010 1 | **Total Due:** |
| TITLE:   Filer | EMAIL: | | **$110.00** |

BR201 2010 Corporation Annual Registration

108 0551521½8 0110007 PETRAREALTYINC0000000 201004019 110007

# STATE OF GEORGIA
## 2011 Corporation Annual Registration

### OFFICE OF SECRETARY OF STATE
Annual Registration Filings
P.O. Box 23038
Columbus, Georgia 31902-3038

**Brian P. Kemp**
**Secretary of State**

**Chauncey Newsome**
**Director**

### Information on record as of: 7/23/2011

**Entity Control No. 0551521**    **Amount Due: $75.00**    **Amount Due *AFTER* April 1, 2011: $75.00**

PETRA REALTY, INC.
2128 EAST MAIN STREET
SNELLVILLE, GA 30078

Each business entity registered or filed with the Office of Secretary of State is required to file an annual registration.    Amount due for this entity is indicated above and below on the remittance form.  Annual fee is $50.  If amount is more than $50, the total reflects amount(s) due from previous year(s) and any applicable late fee(s).    **Renew by April 1, 2011.**  Your Annual Registration must be postmarked by April 1, 2011.  If your registration and payment are not postmarked by April 1, 2011, you will be assessed a $25.00 late filing penalty fee.

For faster processing, we invite you to file your Annual Registration online with a credit card at www.georgiacorporations.org.  The Corporations Division accepts Visa, MC, Discover, American Express and ATM/Debit Cards with the Visa or MC logo for online filings only.  Annual Registrations not processed online require payment with a check, certified bank check or money order.  **We cannot accept cash for payment.**

You may mail your registration in by submitting the bottom portion of this remittance with a check or money order payable to "Secretary of State".    **All checks must be pre-printed with a complete address in order to be accepted by our offices for your filing.  Absolutely, no counter or starter checks will be accepted.  Failure to adhere to these guidelines will delay or possibly reject your filing.**  Checks that are dishonored by your bank are subject to a $30.00 NSF charge.  Failure to honor your payment could result in a civil suit filed against you and/or your entity may be Administratively Dissolved by the Secretary of State. [See O.C.G.A. § 13-6-15 and Title 14, respectively.]

Officer, address and Agent information currently of record is listed below.  Please verify "county of registered office."  If correct and complete, detach bottom portion, sign, and return with payment.  Or, enter changes as needed and submit.  Complete each line, even if the same individual serves as Chief Executive Officer, Chief Financial Officer, and Secretary of the corporation.

**Note: Registered Agent address must be a street address in Georgia where the agent may be served personally. A mail drop or P.O. Box does not comply with Georgia law for registered office.  P.O. Boxes may be used for principal office and officers' addresses.**

Any person authorized by the entity to do so may sign and file registration (including online filing).  Additionally, a person who signs a document submits an electronic filing he or she knows is false in any material respect with the intent that the document be delivered to the Secretary of State for filing shall be guilty of a misdemeanor and, upon conviction thereof, shall be punished to the highest degree permissible by law. [O.C.G.A. § 14-2-129.]

Please return ONLY the original form below and applicable fee(s).  For more information on Annual Registrations or to file online, visit www.georgiacorporations.org.    Or, call 404-656-2817.  **PLEASE PRINT LEGIBLY.**

Current information printed below. Review and update as needed. Detach original coupon and return with payment.

| CORPORATION NAME | ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|---|
| PETRA REALTY, INC. | 2128 EAST MAIN STREET | SNELLVILLE | GA | 30078 |
| CEO:    CONSTANTINE ANGUS | 1263 PENSACOLA LANE | GRAYSON | GA | 30017 |
| CFO:    JOLYN M ANGUS | 1263 PENSACOLA LANE | GRAYSON | GA | 30017 |
| SEC    KAMARAH S ANGUS | 1263 PENSACOLA LANE | GRAYSON | GA | 30017 |
| AGT    GREGG P. COUNTS | 2138 EAST MAIN STREET | SNELLVILLE | GA | 30078 |
| **IF ABOVE INFORMATION HAS CHANGES, TYPE OR PRINT CORRECTIONS BELOW:** | | | | |
| CORPORATION ADDRESS: | | | | |
| CEO: | | | | |
| CFO: | | | | |
| SEC: | | | | |
| AGT:    CONSTANTINE ANGUS | 2128 EAST MAIN STREET | SNELLVILLE | GA | 30078 |
| I CERTIFY THAT I AM AUTHORIZED TO SIGN THIS FORM AND THAT THE INFORMATION IS TRUE AND CORRECT. | *P.O. BOX NOT ACCEPTABLE FOR REGISTERED AGENT'S ADDRESS* | COUNTY OF REGISTERED OFFICE:              GWINNETT | COUNTY CHANGE OR CORRECTION:        Appling | |

| AUTHORIZED SIGNATURE: CONSTANTINE ANGUS | | DATE:    7/23/2011 | **Total Due:** |
|---|---|---|---|
| TITLE:    Filer | EMAIL:    kamarah@gmail.com | | **$75.00** |

BR201 2011 Corporation Annual Registration

117 055152128 0050009 PETRAREALTYINC0000000 201104018 0075000

# STATE OF GEORGIA
## 2012 Corporation Annual Registration

**Brian P. Kemp**
**Secretary of State**

### OFFICE OF SECRETARY OF STATE
Annual Registration Filings
P.O. Box 23038
Columbus, Georgia 31902-3038

**Information on record as of: 4/1/2012**

**Entity Control No. 0551521**          **Amount Due: $50.00**          **Amount Due *AFTER* April 1, 2012: $75.00**

PETRA REALTY, INC.
2128 EAST MAIN STREET
SNELLVILLE, GA 30078

Each business entity registered or filed with the Office of Secretary of State is required to file an annual registration.   Amount due for this entity is indicated above and below on the remittance form.  Annual fee is $50.  If amount is more than $50, the total reflects amount(s) due from previous year(s) and any applicable late fee(s).  **Renew by April 1, 2012.**  Your Annual Registration must be postmarked by April 1, 2012.  If your registration and payment are not postmarked by  April 1, 2012, you will be assessed a $25.00 late filing penalty fee.

For faster processing, we invite you to file your Annual Registration online with a credit card at www.georgiacorporations.org.  The Corporations Division accepts Visa, MC, Discover, American Express and ATM/Debit Cards with the Visa or MC logo for online filings only.  Annual Registrations not processed online require payment with a check, certified bank check or money order.  **We cannot accept cash for payment.**

You may mail your registration in by submitting the bottom portion of this remittance with a check or money order payable to "Secretary of State".  **All checks must be pre-printed with a complete address in order to be accepted by our offices for your filing.  Absolutely, no counter or starter checks will be accepted.  Failure to adhere to these guidelines will delay or possibly reject your filing.**  Checks that are dishonored by your bank are subject to a $30.00 NSF charge.  Failure to honor your payment could result in a civil suit filed against you and/or your entity may be Administratively Dissolved by the Secretary of State. [See O.C.G.A. § 13-6-15 and Title 14, respectively.]

Officer, address and Agent information currently of record is listed below.  Please verify "county of registered office."  If correct and complete, detach bottom portion, sign, and return with payment.  Or, enter changes as needed and submit.  Complete each line, even if the same individual serves as Chief Executive Officer, Chief Financial Officer, and Secretary of the corporation.

**Note: Registered Agent address must be a street address in Georgia where the agent may be served personally. A mail drop or P.O. Box does not comply with Georgia law for registered office.  P.O. Boxes may be used for principal office and officers' addresses.**

Any person authorized by the entity to do so may sign and file registration (including online filing).  Additionally, a person who signs a document submits an electronic filing he or she knows is false in any material respect with the intent that the document be delivered to the Secretary of State for filing shall be guilty of a misdemeanor and, upon conviction thereof, shall be punished to the highest degree permissible by law. [O.C.G.A. § 14-2-129.]

Please return ONLY the original form below and applicable fee(s).  For more information on Annual Registrations or to file online, visit www.georgiacorporations.org.   Or, call 404-656-2817.  **PLEASE PRINT LEGIBLY.**

Current information printed below. Review and update as needed. Detach original coupon and return with payment.

| CORPORATION NAME | ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|---|
| PETRA REALTY, INC. | 2128 EAST MAIN STREET | SNELLVILLE | GA | 30078 |
| CEO:  CONSTANTINE ANGUS | 1263 PENSACOLA LANE | GRAYSON | GA | 30017 |
| CFO:  JOLYN M ANGUS | 1263 PENSACOLA LANE | GRAYSON | GA | 30017 |
| SEC  KAMARAH S ANGUS | 1263 PENSACOLA LANE | GRAYSON | GA | 30017 |
| AGT  ANGUS, CONSTANTINE | 2128 EAST MAIN STREET | SNELLVILLE | GA | 30078 |
| **IF ABOVE INFORMATION HAS CHANGES, TYPE OR PRINT CORRECTIONS BELOW:** | | | | |
| CORPORATION ADDRESS: | | | | |
| CEO: | | | | |
| CFO: | | | | |
| SEC: | | | | |
| AGT:   CONSTANTINE ANGUS | 2128 EAST MAIN STREET | SNELLVILLE | GA | 30078 |

| I CERTIFY THAT I AM AUTHORIZED TO SIGN THIS FORM AND THAT THE INFORMATION IS TRUE AND CORRECT. | *P.O. BOX NOT ACCEPTABLE FOR REGISTERED AGENT'S ADDRESS* | COUNTY OF REGISTERED OFFICE:  Appling | COUNTY CHANGE OR CORRECTION:  Gwinnett |
|---|---|---|---|
| AUTHORIZED SIGNATURE: KAMARAH S. ANGUS | | DATE:   4/1/2012 3 | **Total Due:** |
| TITLE:   Filer | EMAIL:   kamarah@gmail.com | | **$50.00** |

BR201 2012 Corporation Annual Registration

126 055152178 0050009 PETRAREALTYINC0000000 201204017 0050009



**Brian P. Kemp**
**Secretary of State**

### STATE OF GEORGIA
### 2014 Corporation Annual Registration

OFFICE OF THE SECRETARY OF STATE
Annual Registration Filing
P.O. Box 23038
Columbus, Georgia 31902-3038

**Information on record as of: 9:54:38 AM**

**Entity Control No. 0551521**                **Amount Due: $125.00**                **Amount Due AFTER June 1, 2014: $150.00**

PETRA REALTY, INC.
1263 PENSACOLA LANE
GRAYSON, Georgia 30017

**Each business entity registered or filed with the Office of Secretary of State is required to file an annual registration.** Amount due for this entity is indicated above and below on the remittance form. Annual fee is $50. If amount is more than$50 , the total reflects amount(s) due from previous year(s) and any applicable late fee(s). **Renew by April 1,2013** Your Annual Registration must be postmarked by June 1,2014. If your registration and payment are not postmarked by June 1,2014, you will be assessed a $25.00 late filing penalty fee.

For faster processing, we invite you to file your Annual Registration online with a credit card at Http://www.sos.ga.gov/corporations/ The Corporations Division accepts Visa, MC, Discover, American Express and ATM/Debit Cards with the Visa or MC logo for online filings only. Annual Registrations not processed online require payment with a check, certified bank check or money order. **We cannot accept cash for payment.**

You may mail your registration in by submitting the bottom portion of this remittance with a check or money order payable to "Secretary of S t a t e " . **All checks must be pre-printed with a complete address in order to be accepted by our offices for your filing. Absolutely, no counter or starter checks will be accepted. Failure to adhere to these guidelines will delay or possibly reject your filing.** Checks that are dishonored by your bank are subject to a $30.00 NSF charge. Failure to honor your payment could result in a civil suit filed against you and/or your entity may be Administratively Dissolved by the Secretary of State. [See O.C.G.A. § 13-6-15 and Title 14, respectively.]

Officer, address and Agent information currently of record is listed below. Please verify "county of registered office." If correct and complete, detach bottom portion, sign, and return with payment. Or, enter changes as needed and submit. Complete each line, even if the same individual serves as Chief Executive Officer, Chief Financial Officer, and Secretary of the corporation.
**Note: Registered Agent address must be a street address in Georgia where the agent may be served personally. A mail drop or P.O. Box does not comply with Georgia law for registered office. P.O. Boxes may be used for principal office and officers'addresses.**

Any person authorized by the entity to do so may sign and file registration (including online filing). Additionally, a person who signs a document submits an electronic filing he or she knows is false in any material respect with the intent that the document be delivered to the Secretary of State for filing shall be guilty of a misdemeanor and, upon conviction thereof, shall be punished to the highest degree permissible by law. [O.C.G.A. § 14-2-129.]

Please return ONLY the original form below and applicable fee(s). For more information on Annual Registrations or to file online, visit Http://www.sos.ga.gov/corporations/ Or, call 404-656-2817.

| CORPORATION NAME | ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|---|
| : KAMARAH S ANGUS | 1263 PENSACOLA LANE | GRAYSON | Georgia | 30017 |
| : JOLYN M ANGUS | 1263 PENSACOLA LANE | GRAYSON | Georgia | 30017 |
| : CONSTANTINE ANGUS | 1263 PENSACOLA LANE | GRAYSON | Georgia | 30017 |

### THE ABOVE INFORMATION HAS BEEN UPDATED TO:

| CORPORATION NAME | ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|---|
| PETRA REALTY, INC. | 1263 PENSACOLA LANE | GRAYSON | Georgia | 30017 |
| CEO: CONSTANTINE ANGUS | 1263 PENSACOLA LANE | GRAYSON | Georgia | 30017 |
| CFO: JOLYN M ANGUS | 1263 PENSACOLA LANE | GRAYSON | Georgia | 30017 |
| SEC: KAMARAH S ANGUS | 1263 PENSACOLA LANE | GRAYSON | Georgia | 30017 |

| AGT: ANGUS, CONSTANTINE | 2128 EAST MAIN STREET  SNELLVILLE, GA 30078 | SNELLVILLE | Georgia | 30078 |
|---|---|---|---|---|
| I CERTIFY THAT I AM AUTHORIZED TO SIGN THIS FORM AND THAT THE INFORMATION IS TRUE AND CORRECT. | P.O. BOX NOT ACCEPTABLE FOR REGISTERED AGENT'S ADDRESS | COUNTY OF REGISTERED OFFICE: | Gwinnett County | |
| AUTHORIZED SIGNATURE:   CONSTANTINE ANGUS | | Date:4/29/2014 9:54:37 AM | | Total Due: |
| Title:President | Email: CANGUS01@COMCAST.NET | | | **$125.00** |

BR201 2013 Corporation Annual Registration

144 055152128 0050009 PETRAREALTYINC0000000 201406013 0075000



**Brian P. Kemp**
**Secretary of State**

**STATE OF GEORGIA**
**2015 Corporation Annual Registration**

OFFICE OF THE SECRETARY OF STATE
Annual Registration Filing
P.O. Box 23038
Columbus, Georgia 31902-3038

**Information on record as of: 10:20:12 AM**

**Entity Control No.: 0551521**          **Amount Due: $50.00**          **Amount Due AFTER April 1, 2015: $75.00**

PETRA REALTY, INC.
1263 PENSACOLA LANE
GRAYSON, Georgia 30017

**Each business entity registered or filed with the Office of Secretary of State is required to file an annual registration.** Amount due for this entity is indicated above and below on the remittance form. Annual fee is $50. If amount is more than$50 , the total reflects amount(s) due from previous year(s) and any applicable late fee(s). **Renew by April 1,2015** Your Annual Registration must be postmarked by April 1,2015. If your registration and payment are not postmarked by April 1,2015, you will be assessed a $25.00 late filing penalty fee.

For faster processing, we invite you to file your Annual Registration online with a credit card at Http://www.sos.ga.gov/corporations/ The Corporations Division accepts Visa, MC, Discover, American Express and ATM/Debit Cards with the Visa or MC logo for online filings only. Annual Registrations not processed online require payment with a check, certified bank check or money orde**r. We cannot accept cash for payment.**

You may mail your registration in by submitting the bottom portion of this remittance with a check or money order payable to "Secretary of S t a t e " . **All checks must be pre-printed with a complete address in order to be accepted by our offices for your filing. Absolutely, no counter or starter checks will be accepted. Failure to adhere to these guidelines will delay or possibly reject your filing.** Checks that are dishonored by your bank are subject to a $30.00 NSF charge. Failure to honor your payment could result in a civil suit filed against you and/or your entity may be Administratively Dissolved by the Secretary of State. [See O.C.G.A. § 13-6-15 and Title 14, respectively.]

Officer, address and Agent information currently of record is listed below. Please verify "county of registered office." If correct and complete, detach bottom portion, sign, and return with payment. Or, enter changes as needed and submit. Complete each line, even if the same individual serves as Chief Executive Officer, Chief Financial Officer, and Secretary of the corporation.
**Note: Registered Agent address must be a street address in Georgia where the agent may be served personally. A mail drop or P.O. Box does not comply with Georgia law for registered office. P.O. Boxes may be used for principal office and officers'addresses.**

Any person authorized by the entity to do so may sign and file registration (including online filing). Additionally, a person who signs a document submits an electronic filing he or she knows is false in any material respect with the intent that the document be delivered to the Secretary of State for filing shall be guilty of a misdemeanor and, upon conviction thereof, shall be punished to the highest degree permissible by law. [O.C.G.A. § 14-2-129.]

Please return ONLY the original form below and applicable fee(s). For more information on Annual Registrations or to file online, visit Http://www.sos.ga.gov/corporations/ Or, call 404-656-2817.

| CORPORATION NAME | ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|---|
| PETRA REALTY, INC. | 1263 PENSACOLA LANE | GRAYSON | GA | 30017 |
| CEO: CONSTANTINE ANGUS | 1263 PENSACOLA LANE | GRAYSON | Georgia | 30017 |
| CFO: JOLYN M ANGUS | 1263 PENSACOLA LANE | GRAYSON | Georgia | 30017 |
| SEC: KAMARAH S ANGUS | 1263 PENSACOLA LANE | GRAYSON | Georgia | 30017 |

**THE ABOVE INFORMATION HAS BEEN UPDATED TO:**

| CORPORATION NAME | ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|---|
| PETRA REALTY, INC. | 1263 PENSACOLA LANE | GRAYSON | Georgia | 30017 |
| CEO: CONSTANTINE ANGUS | 1263 PENSACOLA LANE | GRAYSON | Georgia | 30017 |
| CFO: JOLYN M ANGUS | 1263 PENSACOLA LANE | GRAYSON | Georgia | 30017 |
| SEC: KAMARAH S ANGUS | 1263 PENSACOLA LANE | GRAYSON | Georgia | 30017 |

| AGT: ANGUS, CONSTANTINE | 2128 EAST MAIN STREET  SNELLVILLE, GA 30078 | SNELLVILLE | Georgia | 30078 |
|---|---|---|---|---|
| I CERTIFY THAT I AM AUTHORIZED TO SIGN THIS FORM AND THAT THE INFORMATION IS TRUE AND CORRECT. | P.O. BOX NOT ACCEPTABLE FOR REGISTERED AGENT'S ADDRESS | COUNTY OF REGISTERED OFFICE: | Gwinnett County | |

153 055152١٪8 0050009 PETRAREALTYINC0000000 201504014 0075000

153 055152178 0050009 PETRAREALTYINC0000000 201504014 0075000

| AUTHORIZED SIGNATURE: CONSTANTINE ANGUS | Date:3/27/2015 10:20:01 AM | Total Due: |
|---|---|---|
| Title:President | Email: CANGUS01@COMCAST.NET | **$50.00** |

BR201 2015 Corporation Annual Registration

153 055152178 0050009 PETRAREALTYINC0000000 201504014 0075000

153 055152½8 0050009 PETRAREALTYINC0000000 201504014 0075000

# STATE OF GEORGIA
## Secretary of State
### Corporations Division
### 313 West Tower
### 2 Martin Luther King, Jr. Dr.
### Atlanta, Georgia 30334-1530

**ANNUAL REGISTRATION**

*Electronically Filed*
Secretary of State
Filing Date: 3/1/2016 5:45:37 AM

## BUSINESS INFORMATION

| | |
|---|---|
| **CONTROL NUMBER** | 0551521 |
| **BUSINESS NAME** | PETRA REALTY, INC. |
| **BUSINESS TYPE** | Domestic Profit Corporation |
| **EFFECTIVE DATE** | 03/01/2016 |

## PRINCIPAL OFFICE ADDRESS

| | |
|---|---|
| **ADDRESS** | 1263 PENSACOLA LANE, GRAYSON, USA |

## REGISTERED AGENT'S NAME AND ADDRESS

| **NAME** | **ADDRESS** |
|---|---|
| ANGUS, CONSTANTINE | 2128 EAST MAIN STREET SNELLVILLE, GA 30078, Gwinnett, SNELLVILLE, GA, 30078, USA |

## OFFICERS INFORMATION

| NAME | TITLE | ADDRESS |
|---|---|---|
| CONSTANTINE ANGUS | | 2128 EAST MAIN ST, SNELLVILLE, USA |
| JOLYN M ANGUS | | 2128 EAST MAIN ST, SNELLVILLE, USA |
| CONSTANTINE ANGUS | CEO | 1263 PENSACOLA LANE, GRAYSON, USA |
| KAMARAH S ANGUS | SECRETARY | 1263 PENSACOLA LANE, GRAYSON, USA |
| JOLYN M ANGUS | CFO | 1263 PENSACOLA LANE, GRAYSON, USA |

## AUTHORIZER INFORMATION

| | |
|---|---|
| **AUTHORIZER SIGNATURE** | Constantine Angus |
| **AUTHORIZER TITLE** | Officer |



Brian P. Kemp
Secretary of State



Brian P. Kemp
Secretary of State

# STATE OF GEORGIA
## Secretary of State
### Corporations Division
### 313 West Tower
### 2 Martin Luther King, Jr. Dr.
### Atlanta, Georgia 30334-1530

**ANNUAL REGISTRATION**

*Electronically Filed*
Secretary of State
Filing Date: 2/7/2017 12:56:27 PM

## BUSINESS INFORMATION

| | |
|---|---|
| **CONTROL NUMBER** | 0551521 |
| **BUSINESS NAME** | PETRA REALTY, INC. |
| **BUSINESS TYPE** | Domestic Profit Corporation |
| **EFFECTIVE DATE** | 02/07/2017 |

## PRINCIPAL OFFICE ADDRESS

| | |
|---|---|
| **ADDRESS** | 1263 PENSACOLA LANE, GRAYSON, USA |

## REGISTERED AGENT'S NAME AND ADDRESS

| **NAME** | **ADDRESS** |
|---|---|
| ANGUS, CONSTANTINE | 2128 EAST MAIN STREET SNELLVILLE, GA 30078, Gwinnett, SNELLVILLE, GA, 30078, USA |

## OFFICERS INFORMATION

| **NAME** | **TITLE** | **ADDRESS** |
|---|---|---|
| CONSTANTINE ANGUS | CEO | 1263 PENSACOLA LANE, GRAYSON, USA |
| JOLYN M ANGUS | CFO | 1263 PENSACOLA LANE, GRAYSON, USA |
| KAMARAH S ANGUS | SECRETARY | 1263 PENSACOLA LANE, GRAYSON, USA |

## AUTHORIZER INFORMATION

| | |
|---|---|
| **AUTHORIZER SIGNATURE** | Kamarah S. Angus |
| **AUTHORIZER TITLE** | Officer |



Brian P. Kemp
Secretary of State

# STATE OF GEORGIA
## Secretary of State
### Corporations Division
### 313 West Tower
### 2 Martin Luther King, Jr. Dr.
### Atlanta, Georgia 30334-1530

**Annual Registration**

*Electronically Filed*
Secretary of State
Filing Date: 01/11/2018 08:20:31

## BUSINESS INFORMATION

| | |
|---|---|
| **BUSINESS NAME** | : PETRA REALTY, INC. |
| **CONTROL NUMBER** | : 0551521 |
| **BUSINESS TYPE** | : Domestic Profit Corporation |

## BUSINESS INFORMATION CURRENTLY ON FILE

| | |
|---|---|
| **PRINCIPAL OFFICE ADDRESS** | : 1263 PENSACOLA LANE, GRAYSON, GA, 30017, USA |
| **REGISTERED AGENT NAME** | : ANGUS, CONSTANTINE |
| **REGISTERED OFFICE ADDRESS** | : 2128 EAST MAIN STREET SNELLVILLE GA 30078, Gwinnett, SNELLVILLE, GA, 30078, USA |

| OFFICER | TITLE | ADDRESS |
|---|---|---|
| CONSTANTINE ANGUS | CEO | 1263 PENSACOLA LANE, GRAYSON, GA, 30017, USA |
| JOLYN M ANGUS | CFO | 1263 PENSACOLA LANE, GRAYSON, GA, 30017, USA |
| KAMARAH S ANGUS | Secretary | 1263 PENSACOLA LANE, GRAYSON, GA, 30017, USA |

## UPDATES TO ABOVE BUSINESS INFORMATION

| | |
|---|---|
| **PRINCIPAL OFFICE ADDRESS** | : 1263 PENSACOLA LANE, GRAYSON, GA, 30017, USA |
| **REGISTERED AGENT NAME** | : ANGUS, CONSTANTINE |
| **REGISTERED OFFICE ADDRESS** | : 2128 EAST MAIN STREET SNELLVILLE GA 30078, Gwinnett, SNELLVILLE, GA, 30078, USA |

| OFFICER | TITLE | ADDRESS |
|---|---|---|
| CONSTANTINE ANGUS | CEO | 1263 PENSACOLA LANE, GRAYSON, GA, 30017, USA |
| JOLYN M ANGUS | CFO | 1263 PENSACOLA LANE, GRAYSON, GA, 30017, USA |
| KAMARAH S ANGUS | Secretary | 1263 PENSACOLA LANE, GRAYSON, GA, 30017, USA |

## AUTHORIZER INFORMATION

| | |
|---|---|
| **AUTHORIZER SIGNATURE** | : Constantine Angus |
| **AUTHORIZER TITLE** | : Officer |

# STATE OF GEORGIA
## Secretary of State
### Corporations Division
### 313 West Tower
### 2 Martin Luther King, Jr. Dr.
### Atlanta, Georgia 30334-1530

**ANNUAL REGISTRATION**

*Electronically Filed*
Secretary of State
Filing Date: 3/25/2019 12:50:29 PM

| BUSINESS INFORMATION | |
| --- | --- |
| **CONTROL NUMBER** | 0551521 |
| **BUSINESS NAME** | PETRA REALTY, INC. |
| **BUSINESS TYPE** | Domestic Profit Corporation |
| **EFFECTIVE DATE** | 03/25/2019 |

| PRINCIPAL OFFICE ADDRESS | |
| --- | --- |
| **ADDRESS** | 1263 PENSACOLA LANE, GRAYSON, GA, 30017, USA |

| REGISTERED AGENT | | |
| --- | --- | --- |
| **NAME** | **ADDRESS** | **COUNTY** |
| ANGUS, CONSTANTINE | 2128 EAST MAIN STREET SNELLVILLE, GA 30078, SNELLVILLE, GA, 30078, USA | Gwinnett |

| OFFICERS INFORMATION | | |
| --- | --- | --- |
| **NAME** | **TITLE** | **ADDRESS** |
| CONSTANTINE ANGUS | CEO | 1263 PENSACOLA LANE, GRAYSON, USA |
| JOLYN M ANGUS | CFO | 1263 PENSACOLA LANE, GRAYSON, USA |
| KAMARAH S ANGUS | SECRETARY | 1263 PENSACOLA LANE, GRAYSON, USA |

| AUTHORIZER INFORMATION | |
| --- | --- |
| **AUTHORIZER SIGNATURE** | Constantine Angus |
| **AUTHORIZER TITLE** | Officer |

# STATE OF GEORGIA
## Secretary of State
### Corporations Division
### 313 West Tower
### 2 Martin Luther King, Jr. Dr.
### Atlanta, Georgia 30334-1530

**ANNUAL REGISTRATION**

*Electronically Filed*
Secretary of State
Filing Date: 2/13/2020 5:41:15 PM

## BUSINESS INFORMATION

| | |
|---|---|
| **CONTROL NUMBER** | 0551521 |
| **BUSINESS NAME** | PETRA REALTY, INC. |
| **BUSINESS TYPE** | Domestic Profit Corporation |
| **EFFECTIVE DATE** | 02/13/2020 |
| **ANNUAL REGISTRATION PERIOD** | 2020 |

## PRINCIPAL OFFICE ADDRESS

| | |
|---|---|
| **ADDRESS** | 1263 PENSACOLA LANE, GRAYSON, GA, 30017, USA |

## REGISTERED AGENT

| NAME | ADDRESS | COUNTY |
|---|---|---|
| ANGUS, CONSTANTINE | 2128 EAST MAIN STREET SNELLVILLE, GA 30078, SNELLVILLE, GA, 30078, USA | Gwinnett |

## OFFICERS INFORMATION

| NAME | TITLE | ADDRESS |
|---|---|---|
| CONSTANTINE ANGUS | CEO | 1263 PENSACOLA LANE, GRAYSON, GA, 30017, USA |
| JOLYN M ANGUS | CFO | 1263 PENSACOLA LANE, GRAYSON, GA, 30017, USA |
| KAMARAH S ANGUS | SECRETARY | 1263 PENSACOLA LANE, GRAYSON, GA, 30017, USA |

## AUTHORIZER INFORMATION

| | |
|---|---|
| **AUTHORIZER SIGNATURE** | Kathy-Lee S. Wilson |
| **AUTHORIZER TITLE** | Authorized Person |

# STATE OF GEORGIA
## Secretary of State
### Corporations Division
### 313 West Tower
### 2 Martin Luther King, Jr. Dr.
### Atlanta, Georgia 30334-1530

**ANNUAL REGISTRATION**

*Electronically Filed*
Secretary of State
Filing Date: 1/15/2021 5:59:16 PM

## BUSINESS INFORMATION

| | |
|---|---|
| **CONTROL NUMBER** | 0551521 |
| **BUSINESS NAME** | PETRA REALTY, INC. |
| **BUSINESS TYPE** | Domestic Profit Corporation |
| **EFFECTIVE DATE** | 01/15/2021 |
| **ANNUAL REGISTRATION PERIOD** | 2021 |

## PRINCIPAL OFFICE ADDRESS

| | |
|---|---|
| **ADDRESS** | 1263 PENSACOLA LANE, GRAYSON, GA, 30017, USA |

## REGISTERED AGENT

| NAME | ADDRESS | COUNTY |
|---|---|---|
| ANGUS, CONSTANTINE | 2128 EAST MAIN STREET SNELLVILLE, GA 30078, SNELLVILLE, GA, 30078, USA | Gwinnett |

## OFFICERS INFORMATION

| NAME | TITLE | ADDRESS |
|---|---|---|
| CONSTANTINE ANGUS | CEO | 1263 PENSACOLA LANE, GRAYSON, GA, 30017, USA |
| JOLYN M ANGUS | CFO | 1263 PENSACOLA LANE, GRAYSON, GA, 30017, USA |
| KAMARAH S ANGUS | SECRETARY | 1263 PENSACOLA LANE, GRAYSON, GA, 30017, USA |

## AUTHORIZER INFORMATION

| | |
|---|---|
| **AUTHORIZER SIGNATURE** | Kathy-Lee Wilson |
| **AUTHORIZER TITLE** | Officer |

# STATE OF GEORGIA
## Secretary of State
### Corporations Division
### 313 West Tower
### 2 Martin Luther King, Jr. Dr.
### Atlanta, Georgia 30334-1530

**Annual Registration**

*Electronically Filed*
Secretary of State
Filing Date: 01/23/2022 22:42:16

## BUSINESS INFORMATION

| | | |
|---|---|---|
| **BUSINESS NAME** | : | PETRA REALTY, INC. |
| **CONTROL NUMBER** | : | 0551521 |
| **BUSINESS TYPE** | : | Domestic Profit Corporation |
| **ANNUAL REGISTRATION PERIOD** | : | 2022, 2023, 2024 |

## BUSINESS INFORMATION CURRENTLY ON FILE

| | | |
|---|---|---|
| **PRINCIPAL OFFICE ADDRESS** | : | 1263 PENSACOLA LANE, GRAYSON, GA, 30017, USA |
| **REGISTERED AGENT NAME** | : | ANGUS, CONSTANTINE |
| **REGISTERED OFFICE ADDRESS** | : | 2128 EAST MAIN STREET SNELLVILLE, GA 30078, SNELLVILLE, GA, 30078, USA |
| **REGISTERED OFFICE COUNTY** | : | Gwinnett |

| OFFICER | TITLE | ADDRESS |
|---|---|---|
| CONSTANTINE ANGUS | CEO | 1263 PENSACOLA LANE, GRAYSON, GA, 30017, USA |
| JOLYN M ANGUS | CFO | 1263 PENSACOLA LANE, GRAYSON, GA, 30017, USA |
| KAMARAH S ANGUS | Secretary | 1263 PENSACOLA LANE, GRAYSON, GA, 30017, USA |

## UPDATES TO ABOVE BUSINESS INFORMATION

| | | |
|---|---|---|
| **PRINCIPAL OFFICE ADDRESS** | : | 2128 Main St. E., MAIN ST E, Snellville, GA, 30078, USA |
| **REGISTERED AGENT NAME** | : | ANGUS, CONSTANTINE |
| **REGISTERED OFFICE ADDRESS** | : | 2128 EAST MAIN STREET SNELLVILLE, GA 30078, SNELLVILLE, GA, 30078, USA |
| **REGISTERED OFFICE COUNTY** | : | Gwinnett |

| OFFICER | TITLE | ADDRESS |
|---|---|---|
| CONSTANTINE ANGUS | CEO | 2128 Main St. E., Snellville, GA, 30078, USA |
| JOLYN M ANGUS | CFO | 2128 Main St. E., Snellville, GA, 30078, USA |
| KAMARAH S ANGUS | Secretary | 2128 Main St. E, Snellville, GA, 30078, USA |

## AUTHORIZER INFORMATION

| | | |
|---|---|---|
| **AUTHORIZER SIGNATURE** | : | Kathy-Lee Wilson |
| **AUTHORIZER TITLE** | : | Officer |