48030
00504

BK 4 8 0 3 0 PG 0 5 0 4

FILED & RECORDED
CLERK SUPERIOR COURT
GWINNETT COUNTY, GA

2007 JUN 28 PM 2: 00

TOM LAWLER, CLERK

Please Return Recorded Document To:
BYRNE & COUNTS, LLC
2138 East Main Street
Snellville, GA 30078-3496

PT-61 #67-2007-020367
GWINNETT CO. GEORGIA
REAL ESTATE TRANSFER TAX
$ _____ 0 _____
TOM LAWLER CLERK OF
SUPERIOR COURT

## QUITCLAIM DEED

**STATE OF GEORGIA**          **COUNTY OF GWINNETT**          **R07-2624**

THIS **INDENTURE,** Made this _21st_ day of _June_ , 200_7_, between **CONSTANTINE ANGUS and JOLYN M. ANGUS,** of the County of **Gwinnett,** and the State of **Georgia,** as party or parties of the first part, hereinafter called Grantors and **PETRA REALTY, INC.,** of the County of **Gwinnett,** and the State of **Georgia,** as party or parties of the second part, hereinafter called Grantee (the words "Grantors" and "Grantee" to include their respective heirs, successors and assigns where the context requires or permits).

**WITNESSETH** that: Grantors, for and in consideration of the sum of one dollar ($1.00) and other valuable consideration in hand paid at and before the sealing and delivery of these presents, the receipt whereof is hereby acknowledged, by these presents does hereby remise, convey and forever **QUITCLAIM** unto the said Grantee,

**SEE EXHIBIT "A" ATTACHED HERETO AND INCORPORATED HEREIN BY REFERENCE MADE THERETO.**

**TO HAVE AND TO HOLD** the said described premises to grantee, so that neither grantors nor any person or persons claiming under grantors shall at any time, by and means or ways, have, claim or demand any right to title to said premises or appurtenances, or any rights thereof.

**IN WITNESS WHEREOF,** the Grantors have signed and sealed this deed, the day and year first above written.

Signed sealed and delivered
in the presence of:

_____
(Unofficial Witness)

_____
Notary Public          (Notarial Seal)

(Notary seal: JENNIFER L. WHALEY, Notary Public Expires GEORGIA 02/22/2011, BARROW COUNTY)

_____
CONSTANTINE ANGUS

_____
JOLYN M. ANGUS

0093222

V

BK4803OPG0505

EXHIBIT "A"

ALL THAT TRACT OR PARCEL OF LAND LYING AND BEING IN LAND LOT 38 OF THE 5TH DISTRICT OF GWINNETT COUNTY, GEORGIA, BEING KNOWN AS LOT 2, BLOCK Z, UNIT FIVE, ABINGTON PARK SUBDIVISION, ACCORDING TO THE PLAT OF RECORD IN PLAT BOOK V, PAGE 16, GWINNETT COUNTY RECORDS, BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS:

BEGINNING AT A POINT ON THE SOUTHEASTERLY SIDE OF U.S. HIGHWAY NO. 78, 360 FEET SOUTHWESTERLY FROM THE CORNER FORMED BY THE INTERSECTION OF THE SOUTHEASTERLY SIDE OF U.S. HIGHWAY NO. 78 (60 FOOT RIGHT OF WAY) WITH THE SOUTHWESTERLY SIDE OF ABINGTON DRIVE (50 FOOT RIGHT OF WAY); SAID POINT OF BEGINNING ALSO BEING AT THE LINE DIVIDING LOTS 2 AND 3, SAID BLOCK AND SUBDIVISION; RUNNING THENCE SOUTHWESTERLY ALONG THE SOUTHEASTERLY SIDE OF U.S. HIGHWAY NO. 78, 120 FEET TO LOT 1, SAID BLOCK AND SUBDIVISION; RUNNING THENCE SOUTHEASTERLY ALONG THE NORTHEASTERLY LINE OF SAID LOT 1, 198.4 FEET TO A POINT; RUNNING THENCE NORTHEASTERLY 120 FEET TO SAID LOT 3; RUNNING THENCE NORTHWESTERLY ALONG THE SOUTHWESTERLY LINE OF SAID LOT 3, 198.8 FEET TO THE SOUTHEASTERLY SIDE OF U.S. HIGHWAY NO. 78 AND THE POINT OF BEGINNING.

LESS AND EXCEPT THE DEPARTMENT OF TRANSPORTATION RIGHT OF WAY DEED FROM FRED SIMPSON AND KATHERINE N. SIMPSON TO THE DEPARTMENT OF TRANSPORTATION DATED DECEMBER 29, 1980, RECORDED ON SEPTEMBER 2, 1981 IN DEED BOOK 2243, PAGE 55, GWINNETT COUNTY, GEORGIA RECORDS. SAID RIGHT OF WAY IS MORE PARTICULARLY DESCRIBED ACCORDING TO A PLAT OF THE RIGHT OF WAY PREPARED BY THE DEPARTMENT OF TRANSPORTATION, DATED DECEMBER 29, 1980 AND RECORDED IN PLAT BOOK 16, PAGE 150.

BK 48030 PG 0506

FILED & RECORDED
CLERK SUPERIOR COURT
GWINNETT COUNTY, GA

2007 JUN 28 PM 2: 00

TOM LAWLER, CLERK

Please Return Recorded Document To:
BYRNE & COUNTS, LLC
2138 East Main Street
Snellville, GA 30078-3496

PT-61 #67-2007-020371
GWINNETT CO. GEORGIA
REAL ESTATE TRANSFER TAX
$          O
TOM LAWLER CLERK OF
SUPERIOR COURT

## QUITCLAIM DEED

STATE OF GEORGIA          COUNTY OF GWINNETT          R07-2660

**THIS INDENTURE,** Made this 21st day of June , 200 7, between **CONSTANTINE ANGUS and JOLYN M. ANGUS,** of the County of **Gwinnett,** and the State of **Georgia,** as party or parties of the first part, hereinafter called Grantors and **PETRA REALTY, INC.,** of the County of **Gwinnett,** and the State of **Georgia,** as party or parties of the second part, hereinafter called Grantee (the words "Grantors" and "Grantee" to include their respective heirs, successors and assigns where the context requires or permits).

**WITNESSETH** that: Grantors, for and in consideration of the sum of one dollar ($1.00) and other valuable consideration in hand paid at and before the sealing and delivery of these presents, the receipt whereof is hereby acknowledged, by these presents does hereby remise, convey and forever **QUITCLAIM** unto the said Grantee,

**SEE EXHIBIT "A" ATTACHED HERETO AND INCORPORATED HEREIN BY REFERENCE MADE THERETO.**

**TO HAVE AND TO HOLD** the said described premises to grantee, so that neither grantors nor any person or persons claiming under grantors shall at any time, by and means or ways, have, claim or demand any right to title to said premises or appurtenances, or any rights thereof.

**IN WITNESS WHEREOF,** the Grantors have signed and sealed this deed, the day and year first above written.

Signed sealed and delivered
in the presence of:

_____
(Unofficial Witness)

_____
Notary Public          (Notarial Seal)

Notary Public
Expires
GEORGIA
02/22/2011

0093223

_____
CONSTANTINE ANGUS

_____
JOLYN M. ANGUS

BK 4 8 0 3 0 PG 0 5 0 7

EXHIBIT "A"

**ALL THAT TRACT OR PARCEL OF LAND LYING AND BEING IN LAND LOT 38 OF THE 5TH DISTRICT OF GWINNETT COUNTY, GEORGIA BEING LOT 3, BLOCK Z, UNIT FIVE OF ABINGTON PARK SUBDIVISION ACCORDING TO PLAT RECORDED IN PLAT BOOK V, PAGE 16, GWINNETT COUNTY, GEORGIA RECORDS.**