# AFFIDAVIT OF E. ELIOT KRAMER

BEFORE ME, the undersigned, duly authorized to administer oaths, appeared E. Eliot Kramer, who, having been duly sworn, deposes and states as follows:

## 1.

My name is E. Eliot Kramer, and I affirm that I am of legal age and possess the requisite competence to make this affidavit. I attest to the veracity of the statements herein under oath, having personal knowledge of all matters detailed.

## 2.

I am a Digital Forensic Analyst residing in the State of Georgia for more than 30 years, with over a decade of experience of work in this field with T.J Ward and Associates, Inc. and I am the proprietor of ForensicWorks, LLC. Additionally, I am an active member of The American Society of Digital Forensics & eDiscovery, and have testified in Georgia Criminal Courts both on behalf of Defendants, Prosecutors, and on behalf of the Prosecutor's Council of Georgia. Throughout my career, my areas of specialization encompass all aspects of forensic discovery, from fraud analytics to murder investigations under Private Investigator T.J. Ward, CLPI.

3.

On January 29, 2025, I was asked by attorney Brian Goldberg of Freeman Mathis & Gary, LLP to visit 2128 E. Main Street (US Highway 78) in Snellville, GA and document the nature of the property and its use.

4.

I arrived at the location at approximately 4:30 PM on January 29, 2025. I documented the visit from public access using a digital camera which records the image, time and date, GPS setting, and physical address, as well as a map and compass for reference. This data set is recorded forensically on the image itself.

5.

Ten (10) photographs taken personally document a commercial office structure present at 2128 E. Main Street (US Highway 78) in Snellville, GA directly across the highway from a large shopping complex. [EXHIBITS A-J]

6.

The address of the office structure can be seen on the building itself, the mailbox in front of the building, and a monument in front of the building which lists its occupants: Petra Realty and Kalydaskope. There was a single sedan and a commercial panel truck in the parking lot in front of the commercial office structure.

The GPS recording of satellite coordinates and their resolving address also match the address listed on the building, mailbox, and monument.

7.

I looked up both commercial entities on the monument signage and saved a copy of their websites in PDF format, as they appear on January 30, 2025, from https://www.petrarealtyinc.com [EXHIBIT K] and https://www.onewed.com/ reviews/us/ga/snellville-georgia-us/wedding-planners-consultants/the-event-revolution-kalydaskope-2024924 [EXHIBIT L]. Both site contain information as commercial businesses that match the business name and address of the commercial structure referenced within.

8.

A public records search of the property [EXHIBIT M] indicates that the property is zoned for commercial business use and provides the principal use of the structure as the location of business for Petra Reality. The information from the records search matches the location of the commercially zoned building on the aforementioned websites, as well. On either side of the building in question, there are similar commercial structures, each with monument signage identifying the commercial operations within. The building in question, as well as those to each side of it, are designated commercial structures for business office use.

9.

In conclusion, the physical property at 2128 East Main Street (US Highway 78) in Snellville is zoned by the City of Snellville for commercial use. Monument signage on the property indicates that there are two commercial businesses operating from within a commercial structure located on the property, consistent with internet sites also promoting businesses located within the commercial building on the property.

10.

Under penalty of perjury, I hereby declare and affirm that the above-mentioned statement is, to the best of my knowledge, true and correct.

Affiant Signature: _E. Eliot Kramer_    Date: 1/30/2025

Affiant Name:        E. Eliot Kramer, MPH, ASDFED

# EXHIBIT A



Jan 29, 2025 4:34:14 PM
33.8557N 84.0018W
143° SE
2128 U.S. 78
Snellville
Gwinnett County
Georgia

# EXHIBIT B



Jan 29, 2025 4:34:18 PM
33.8557N 84.0018W
136° SE
2128 U.S. 78
Snellville
Gwinnett County
Georgia

# EXHIBIT C



Jan 29, 2025 4:34:28 PM
33.8557N 84.0018W
140° SE
2128 U.S. 78
Snellville
Gwinnett County
Georgia

# EXHIBIT D



Jan 29, 2025 4:35:31 PM
33.8556N 84.0015W
164° S
2128 U.S. 78
Snellville
Gwinnett County
Georgia

# EXHIBIT E



# EXHIBIT F



Jan 29, 2025 4:31:41 PM
33.8558N 84.0016W
159° S
2128 U.S. 78
Snellville
Gwinnett County
Georgia

**EXHIBIT G**



Jan 29, 2025 4:32:04 PM
33.8558N 84.0016W
163° S
2128 U.S. 78
Snellville
Gwinnett County
Georgia

# EXHIBIT H



Jan 29, 2025 4:32:19 PM
33.8558N 84.0016W
174° S
2128 U.S. 78
Snellville
Gwinnett County
Georgia

# EXHIBIT I



Jan 29, 2025 4:32:39 PM
33.8558N 84.0017W
160° S
2128 U.S. 78
Snellville
Gwinnett County
Georgia

**EXHIBIT J**



# EXHIBIT K




Home    Search    Mortgages    Blog    Our Agents    Property Management

# Introducing the Agents of Petra Realty Inc.



**Petra Realty Inc.**
Broker
(706) 389-4296 Cell
(678) 389-7279 Office
info@petrarealtyinc.com

More about Petra Realty

all your real estate needs.
Experienced Team: With over 15 years of experience, our dedicated agents are ready to assist you.
Personalized Approach: We tailor our solutions to match your specific goals for a seamless experience.
What We Offer:

Buying: Find your dream home in Metro Atlanta with our extensive listings.
Selling: Get top dollar for your property through our expert guidance.
Property Management: Trust us to manage your properties with professionalism and efficiency.
Discover the difference of working with Petra Realty, Inc. Contact us to start your Metro Atlanta real estate journey today!



**Gus Angus**
SRS
(678) 630-4329 Cell
(678) 389-7279 Office
cangus01@comcast.net

More about Gus

Clients appreciate Gus's hands-on and client-centric approach. Crafting tailored solutions, he ensures successful real estate transactions and a smooth, rewarding experience from start to finish.

Beyond his professional achievements, Gus is a dedicated family man and active member of the Metro Atlanta community.

Choose Gus Angus for expertise, integrity, and exceptional results in your real estate journey.

Contact Gus now and experience real estate success with a proven negotiation specialist!



**Jolyn Angus**
Agent
(678) 630-4329 Cell
(678) 389-7279 Office
jmangus@comcast.net

More about Jolyn

Meet Jolyn Angus - Your Vice President and Real Estate Administrator

As Vice President and real estate administrator at Petra Realty, Inc., Jolyn Angus excels in behind-the-scenes operations, ensuring smooth administrative and management duties. Her attention to detail and organizational prowess contribute to the company's success. While primarily focused on administrative responsibilities, Jolyn remains committed to client satisfaction, supporting seamless real estate transactions.



**Kamarah S. Angus**
Associate Broker
(678) 680-8572 Cell
(678) 389-7279 Office
MsRealtyDiva@gmail.com
Kamarah S.'s Web Page

More about Kamarah S.

Meet Kamarah S. Angus - Your Accomplished Associate Broker

With a wealth of experience and numerous successful sales transactions under her belt, Kamarah S. Angus is an accomplished associate broker at Petra Realty, Inc. Her proven track record speaks volumes about her dedication and expertise in the real estate industry.

Kamarah's passion for real estate shines through in every transaction. Clients praise her for her unwavering commitment to their needs and her ability to navigate the complexities of the market with ease.

As an associate broker, Kamarah brings a wealth of knowledge and insights to the table. Her clients benefit from her vast expertise, making informed decisions and



**Kathy-Lee Angus Wilson**
Associate Broker
(678) 357-3684 Cell
(678) 389-7279 Office
kathyangus.petrarealty@gmail.com
Kathy-Lee's Web Page

More about Kathy-Lee

Meet Kathy-Lee Wilson - Your Trusted Real Estate Professional

With a passion for real estate, Kathy-Lee Wilson has been a dedicated agent since 2016. In 2022, she achieved her broker's license, solidifying her expertise. As the Operations Manager and Associate Broker at Petra Realty, Inc., Kathy-Lee handles day-to-day operations for our property management division while excelling in sales and listings. Her personalized approach, strong negotiation skills, and commitment to excellence make her the go-to expert for all your real estate needs.



**Dawn Lawson-Reid**
Realtor

Meet Dawn Lawson-Reid - Your Trusted Real Estate Agent



(718) 825-9814 Cell
(678) 389-7279 Office
lawre10550@gmail.com

More about Dawn

With a passion for real estate and a commitment to exceptional service, Dawn Lawson-Reid is your go-to agent for all your real estate needs. With a keen eye for detail and a client-centric approach, Dawn ensures a seamless and rewarding experience for every client she serves.

Dawn's extensive knowledge of the local market and strong negotiation skills empower her clients to make informed decisions when buying or selling their homes. Her dedication to understanding their unique needs ensures personalized solutions for each transaction.



**Jean Paul**
(770) 331-1408 Cell
(678) 389-7279 Office
jepaul007@gmail.com

More about Jean

J.P.'s passion for real estate and dedication to achieving exceptional results for his clients have earned him a reputation as a reliable and trustworthy agent.

Whether you're looking to invest in properties, buy your dream home, or sell for the best price, J.P. is committed to making your real estate journey a success. His in-depth knowledge of the market and keen negotiation skills ensure you receive top-notch service and expert guidance throughout the process.

Beyond his successful real estate career, J.P. enjoys staying up-to-date with market trends and exploring new investment opportunities.

For a seamless and rewarding real estate experience, choose Jean "J.P." Paul as your trusted expert.



**Dominique Peart**
(229) 395-6524 Cell
(678) 389-7279 Office
ddpeartrn@gmail.com

More about Dominique

Meet Dominique Peart - Your Trusted Real Estate Agent

When not immersed in the world of real estate, Dominique Peart finds joy in spending quality time with her family. As a dedicated and passionate real estate agent, Dominique's love for her profession is matched only by her love for her loved ones.

With a client-centric approach and a wealth of expertise in the real estate market, Dominique is committed to guiding her clients through seamless and rewarding transactions. Whether buying or selling, her strong negotiation skills and attention to detail ensure exceptional service for all her clients.

# Contact Us

**Petra Realty Inc., Broker**
(706) 389-4296 Cell
info@petrarealtyinc.com



**Petra Realty Inc.**
2128 E. Main Street
Snellville, GA 30078
(678) 389-7279 Office



© ProAgentWebsites.com | Terms & Conditions | Privacy Policy | Fair Housing | DMCA | Accessibility

# EXHIBIT L



🔍 Local Vendors    Dresses    Beauty    Rings    Registry    Accessories    Flowers    Decor    Stationery    Food    More

## The Event Revolution - Kalydaskope

2128 E. Main Street
snellville GA 30078
United States

📞 (678) 710-8380    ⭐ Write a Review

Kalydaskope is a full-service event planning and event resource boutique. The mission is to provide a forum where the event planning process will not be intimidating, but instead be enjoyable and affordable. We strive to remove the stresses associated with planning an event by offering exemplary customer service and by allowing clients access to a variety of event resources in one location.

We assist clients with any preparations needed to ensure the success of their special events. Whether an intimate wedding with 50 guests, a birthday bash for 20 (or 200!) of your nearest and dearest, or even a cozy gathering amongst friends - we are here to ensure you and your guests have an unforgettable experience!

Let us create the perfect event, based on your imagination and personal style, to ensure that your interpretation of beauty is truly expressed and enjoyed by all!

We look forward to helping you plan your next special event!

### Contact us

Ready to book? Have questions?
Send a direct message here.

Your name

Your email address

Wedding date (optional)

Hi, would love to learn more about your pricing. Are you available during my dates?

Send Message

## Browse more local vendors on OneWed.

Wedding Venues
DJ's Bands & Musicians
Jewelry & Accessories
Cakes, Toppers, & Stands
Catering
Favors & Gifts
Transportation & Limos
Dancing Instruction

Photographers
Florists & Flowers
Hair, Makeup, & Spas
Officiants & Clergy
Decorations & Rentals
Destination & Honeymoons
Name Change Service
Online Bridal Marketplace

Bridal Shops & Tuxedo Rental
Bed & Breakfasts
Videographers
Invitations & Stationery
Wedding Planners / Consultants
Parties, Showers
Health & Fitness

## Plan your perfect wedding.



Browse thousands of photos



Find & book local vendors



Save & share what you love

# EXHIBIT M

# 2128 Main St E

## Snellville, GA 30078

Generated on: 01/30/2025

# Table of Contents

Table of Contents                                                      2

Property Overview                                                      3

Possible Owners                                                        3

Possible County Assessor Records                                       3

Assessed Tax Value                                                     3

Property Taxes                                                         3

Estimated Value                                                        3

Possible Location of Property                                          4

Possible Lot and Building Details                                      5

Possible Deeds                                                         5

# 2128 Main St E

Snellville GA 30078

## Property Overview

| | |
|---|---|
| **Estimated Market Value** | $303,966 |
| **Property taxes** | $4,812.8 |
| **County** | Gwinnett |
| **Building square footage** | 2,058 sqft |
| **Lot size** | 17,860 sqft |
| **Number of Bedrooms** | 3 |
| **Number of Bathrooms** | 2 |

## Possible Owners

1 Possible Owners Found

**PETRA REALTY INC**

## Possible County Assessor Records

| | |
|---|---|
| **Owner Occupied** | |
| **Ownership Vesting Type** | Unknown or not provided |
| **Mailing Address for Taxes** | 1263 Pensacola Ln Grayson, GA 30017 |

## Assessed Tax Value

| | |
|---|---|
| **Land Value** | $50,000 |
| **Improvements** | $100,400 |
| **Total Value** | $150,400 |

## Property Taxes

| | |
|---|---|
| **Tax Amount** | $4,812.8 |

## Estimated Value

| | Partner Estimate 1 | Partner Estimate 2 |
|---|---|---|
| **Est. Value** | $325,332 | $282,600 |
| **Last Updated** | 06/08/2022 | 05/11/2022 |

| | | |
|---|---|---|
| **Low-to-High Estimated Value** | $322,078 - $328,585 | $259,992 - $305,208 |
| **Property Appreciation Percent** | 38.62% | 20.41% |
| **Property Appreciation Amount** | $90,632 | $47,900 |
| **Confidence Score** | 99/100 | 92/100 |

# Estimated Value History

| Date | Partner Estimate 1 | Partner Estimate 2 |
|---|---|---|
| 2022-06 | $325,332 | - |
| 2022-05 | $318,689 | $282,600 |
| 2022-04 | $308,366 | $276,400 |
| 2022-03 | $316,719 | $269,800 |
| 2022-02 | $291,252 | $269,700 |
| 2022-01 | $301,147 | $266,500 |
| 2021-12 | $292,326 | $262,100 |
| 2021-11 | $282,291 | $256,700 |
| 2021-10 | $263,836 | $257,400 |
| 2021-09 | $252,555 | $250,900 |
| 2021-08 | - | $246,000 |
| 2021-07 | - | $241,700 |

# Possible Location of Property

| | |
|---|---|
| **State** | GA |
| **County** | Gwinnett |
| **Municipality** | GWINNETT |
| **City** | Snellville |
| **FIPS County Code** | 13135 |
| **APN** | R5038 063 |
| **Duplicate APN** | N/A |
| **Brief Description** | HSE L-2 B-Z U S HWY 78 |
| **Subdivision** | U S HWY 78 |
| **Tract number** | N/A |
| **Block** | Z |
| **Section** | N/A |
| **Lot** | 2 |
| **Unit** | N/A |
| **Latitude** | 33.8555 |

| Longitude | -84.001759 |
|-----------|-----------|

# Possible Lot and Building Details

## Lot Details

| | |
|---|---|
| **Standardized Land Use Code** | Office Building |
| **County Land Use Code** | N/A |
| **Zoning** | OP-OFFICE PRO |
| **Buildings** | 1 |
| **Lot Size** | 17,860 sqft |
| **Lot Frontage** | N/A |
| **Lot Depth** | N/A |

## Building Details

Overall Attributes

| | |
|---|---|
| **Total Square Footage** | 2,058 sqft |
| **Number of Stories** | 1 |
| **Number of Units** | N/A |
| **Year Built** | 1971 |
| **Style** | Unknown |
| **Class** | Conventional House |
| **Construction Type** | Unknown or not provided |
| **Codes** | Forced Air Gas Porch/no step No Pool in the Property Not Suppressed Unknown or not provided Yes Unknown or not provided |

Interior Dimensions

| | |
|---|---|
| **Total Finished Areas** | 2058 |
| **Additions** | N/A |
| **Attics** | N/A |
| **Garage** | N/A |
| **Basement** | N/A |

Room Counts

| | |
|---|---|
| **Total Room Count** | 6 |
| **Bedrooms** | 3 |
| **Bathrooms** | 2 |

# Possible Deeds

## Ownership Change

2007-06-28 – From CONSTANTINE & JOLYN M ANGUS to PETRA REALTY INC

Primary Lender Details

| | |
|---|---|
| **Lender** | N/A |
| **Loan Amount** | N/A |
| **Lender Type** | N/A |
| **Loan Type** | N/A |
| **Line of Credit Loan** | N/A |

Secondary Lender Details

| | |
|---|---|
| **Lender** | N/A |
| **Loan Amount** | N/A |
| **Lender Type** | N/A |
| **Loan Type** | N/A |
| **Line of Credit Loan** | N/A |

County Records

| | |
|---|---|
| **County** | GWINNETT |
| **State** | GA |
| **Transfer Date** | 2007-06-28 |
| **Transfer Value** | $0 |
| **Transfer Tax** | N/A |
| **Transfer Type** | Resale |
| **Deed Type** | Maps to Quitclaim |
| **Document Number** | 0480300504 |
| **Document Type** | Q |
| **Book Number** | N/A |
| **Page Number** | 16 |
| **Recorded Date** | 2007-06-28 |
| **Recorded Type** | N/A |
| **Quitclaim Deed** | true |

## Ownership Change

2007-06-21 – From CONSTANTINE ANHUS to PETRA REALTY INC

Primary Lender Details

| | |
|---|---|
| **Lender** | N/A |

| Loan Amount | N/A |
|---|---|
| Lender Type | N/A |
| Loan Type | N/A |
| Line of Credit Loan | N/A |

Secondary Lender Details

| Lender | N/A |
|---|---|
| Loan Amount | N/A |
| Lender Type | N/A |
| Loan Type | N/A |
| Line of Credit Loan | N/A |

County Records

| County | GWINNETT |
|---|---|
| State | GA |
| Transfer Date | 2007-06-21 |
| Transfer Value | $0 |
| Transfer Tax | N/A |
| Transfer Type | Resale |
| Deed Type | Unknown |
| Document Number | 0048030504 |
| Document Type | G |
| Book Number | N/A |
| Page Number | N/A |
| Recorded Date | 2007-06-21 |
| Recorded Type | O |
| Quitclaim Deed | N/A |

## Ownership Change

2007-03-14 – From CONSTANTINE ANGUS to CONSTANTINE & JOLYN M ANGUS

Primary Lender Details

| Lender | N/A |
|---|---|
| Loan Amount | N/A |
| Lender Type | N/A |
| Loan Type | N/A |
| Line of Credit Loan | N/A |

Secondary Lender Details

| Lender | N/A |
|---|---|

| | |
|---|---|
| **Loan Amount** | N/A |
| **Lender Type** | N/A |
| **Loan Type** | N/A |
| **Line of Credit Loan** | N/A |

County Records

| | |
|---|---|
| **County** | GWINNETT |
| **State** | GA |
| **Transfer Date** | 2007-03-14 |
| **Transfer Value** | $0 |
| **Transfer Tax** | N/A |
| **Transfer Type** | Resale |
| **Deed Type** | Maps to Quitclaim |
| **Document Number** | 0476690554 |
| **Document Type** | Q |
| **Book Number** | N/A |
| **Page Number** | 16 |
| **Recorded Date** | 2007-03-14 |
| **Recorded Type** | N/A |
| **Quitclaim Deed** | true |

## Ownership Change

### 2007-02-22 – From KATHERINE SIMPSON to CONSTANTINE ANGUS

Primary Lender Details

| | |
|---|---|
| **Lender** | HOME AMERICA MORTGAGE CO |
| **Loan Amount** | $175,950 |
| **Lender Type** | Mortgage Company |
| **Loan Type** | Conventional or Unknown |
| **Line of Credit Loan** | Not a Credit Line or Unknown |

Secondary Lender Details

| | |
|---|---|
| **Lender** | HOME AMERICA MORTGAGE CO |
| **Loan Amount** | $46,950 |
| **Lender Type** | Mortgage Company |
| **Loan Type** | Conventional or Unknown |
| **Line of Credit Loan** | Not a Credit Line or Unknown |

County Records

| | |
|---|---|
| **County** | GWINNETT |

| | |
|---|---|
| **State** | GA |
| **Transfer Date** | 2007-02-22 |
| **Transfer Value** | $234,700 |
| **Transfer Tax** | $235 |
| **Transfer Type** | Resale |
| **Deed Type** | Unknown |
| **Document Number** | 0475970328 |
| **Document Type** | G |
| **Book Number** | N/A |
| **Page Number** | 16 |
| **Recorded Date** | 2007-02-22 |
| **Recorded Type** | L |
| **Quitclaim Deed** | N/A |

## New Loan Recorded

2007-02-22 – HOME AMERICA MORTGAGE CO to CONSTANTINE ANGUS

Primary Lender Details

| | |
|---|---|
| **Lender** | HOME AMERICA MORTGAGE CO |
| **Loan Amount** | $46,950 |
| **Lender Type** | Mortgage Company |
| **Loan Type** | Conventional or Unknown |
| **Line of Credit Loan** | Not a Credit Line or Unknown |

Secondary Lender Details

| | |
|---|---|
| **Lender** | N/A |
| **Loan Amount** | N/A |
| **Lender Type** | N/A |
| **Loan Type** | N/A |
| **Line of Credit Loan** | N/A |

County Records

| | |
|---|---|
| **County** | GWINNETT |
| **State** | GA |
| **Transfer Date** | 2007-02-22 |
| **Transfer Value** | $0 |
| **Transfer Tax** | N/A |
| **Transfer Type** | Refinance or Equity |
| **Deed Type** | Maps to Grant Deed |
| **Document Number** | 0047597348 |

| | |
|---|---|
| **Document Type** | T |
| **Book Number** | N/A |
| **Page Number** | N/A |
| **Recorded Date** | 2007-02-22 |
| **Recorded Type** | N/A |
| **Quitclaim Deed** | N/A |

## New Loan Recorded

2007-02-22 – HOME AMERICA MORTGAGE CO to CONSTANTINE ANGUS

Primary Lender Details

| | |
|---|---|
| **Lender** | HOME AMERICA MORTGAGE CO |
| **Loan Amount** | $175,950 |
| **Lender Type** | Mortgage Company |
| **Loan Type** | Conventional or Unknown |
| **Line of Credit Loan** | Not a Credit Line or Unknown |

Secondary Lender Details

| | |
|---|---|
| **Lender** | N/A |
| **Loan Amount** | N/A |
| **Lender Type** | N/A |
| **Loan Type** | N/A |
| **Line of Credit Loan** | N/A |

County Records

| | |
|---|---|
| **County** | GWINNETT |
| **State** | GA |
| **Transfer Date** | 2007-02-22 |
| **Transfer Value** | $0 |
| **Transfer Tax** | N/A |
| **Transfer Type** | Refinance or Equity |
| **Deed Type** | Maps to Grant Deed |
| **Document Number** | 0047597330 |
| **Document Type** | T |
| **Book Number** | N/A |
| **Page Number** | N/A |
| **Recorded Date** | 2007-02-22 |
| **Recorded Type** | N/A |
| **Quitclaim Deed** | N/A |