**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Constantine Angus
2128 East Main St.
Snellville, GA 30078

9590 9402 8445 3156 4344 63

2. Article Number *(Transfer from service label)*

9589 0710 5270 1327 3165 98

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X

☐ Agent
☐ Addressee

B. Received by *(Printed Name)* | C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ ısured Mail
ısured Mail Restricted Delivery
ver $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053 | Domestic Return Receipt

---

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Constantine Angus
2128 East Main St.
Snellville GA 30078

9590 9402 8445 3156 4344 87

2. Article Number *(Transfer from service label)*

9589 0710 5270 1327 3165 81

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X

☐ Agent
☐ Addressee

B. Received by *(Printed Name)* | C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ ısured Mail
ısured Mail Restricted Delivery
ver $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053 | Domestic Return Receipt



100 Galleria Parkway
Suite 1600
Atlanta, GA 30339-5948

Tel: 770.818.0000

www.fmglaw.com

Brian Goldberg

D: 678.996.9140
C: 770.354.2100

Brian.Goldberg@fmglaw.com

October 2, 2023

**VIA CERTIFIED MAIL, RETURN RECEIPT REQUESTED**
**AND FIRST-CLASS MAIL U.S.P.S.**

Constantine Angus
2128 East Main Street
Snellville, GA 30078

**CERTIFIED MAIL ARTICLE**
**9589071052701327316598**

## FAIR DEBT INITIAL COMMUNICATIONS LETTER

RE: **Secured Creditor:**   CWS Investments, Inc.
     **Secured Property:**   2128 Main Street East, Snellville, GA 30078
     **Our File Number:**   18278-108343

RE: Security Deed recorded at Deed Book 47597, Page 348 of the Georgia Deed Records of the Superior Court in the County of Gwinnett, said deed originally executed by Constantine Angus in favor of Mortgage Electronic Registration Systems, Inc. as Nominee for Home America Mortgage, Inc. to secure a Note in the original principal amount of $46,950.00, last assigned to CWS Investments, Inc.

Dear Constantine Angus:

     This firm and the undersigned represent CWS Investments, Inc. with regard to the referenced indebtedness. My client has informed me that you owe a total outstanding balance of One Hundred Nineteen Thousand Four Hundred Forty-Four and 01/100ths dollars ($119,444.01), which is good through October 11, 2023. Because of interest ($13.88 per diem), late charges and other charges that may vary from day to day, the amount due on the day you pay may be greater. Hence, if you pay the amount shown above, an adjustment may be necessary after we receive your check, in which event we will inform you before depositing the check for collection. For further information please contact the undersigned in writing. The name of the creditor to whom the debt is owed is CWS Investments, Inc.

 Freeman
Mathis · Gary LLP

Unless you notify us within 30 days from the date of your receipt of this notice that you dispute the validity of this debt or any portion thereof, we will assume the debt is valid. If you notify us in writing that you dispute the debt or any portion thereof listed in this notice within the 30 day period, we will obtain verification of the debt or obtain a copy of any judgment and mail you a copy of such verification or judgment. If you submit a written request to us within the 30 day period, we will provide you with the name and address of the original creditor if it is different from that of the current creditor. It is anticipated that foreclosure proceedings will be forthcoming.

If you have received a discharge in a Bankruptcy and this debt was not reaffirmed, this notice is not intended to indicate that you are personally liable for this debt or that we are attempting to collect a debt from you. However, notice provisions may be contained within your note and/or security instrument that require notice prior to foreclosure or such notice may be required under applicable law. In this instance the information concerning the associated debt and any action taken is limited solely to the purpose of conducting a foreclosure of the above-referenced property pursuant to state law.

If you are currently under bankruptcy protection and no relief has been granted by CWS Investments, Inc., please fax your bankruptcy case information to us at (678) 236-9154 or have your attorney e-mail such information, if you are represented by counsel, including the date and jurisdiction of your bankruptcy filing, your case number, and the bankruptcy chapter number under which you have filed, to Brian.Goldberg@FMGlaw.com or contact us at the number listed above.

Very truly yours,
FREEMAN MATHIS & GARY LLP

CC: CWS Investments, Inc.

**THIS COMMUNICATION IS FROM A DEBT COLLECTOR ATTEMPTING TO COLLECT A DEBT; ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. HOWEVER, IF THE DEBT IS IN ACTIVE BANKRUPTCY OR HAS BEEN DISCHARGED THROUGH BANKRUPTCY, THIS COMMUNICATION IS NOT INTENDED AS AND DOES NOT CONSTITUTE AN ATTEMPT TO COLLECT A DEBT.**



100 Galleria Parkway
Suite 1600
Atlanta, GA  30339-5948

Tel: 770.818.0000

www.fmglaw.com

Brian Goldberg

D: 678.996.9140
C: 770.354.2100

Brian.Goldberg@fmglaw.com

October 2, 2023

**VIA CERTIFIED MAIL, RETURN RECEIPT REQUESTED
AND FIRST-CLASS MAIL U.S.P.S.**

Constantine Angus
2128 East Main Street
Snellville, GA 30078

**CERTIFIED MAIL ARTICLE
9589071052701327316581**

RE:   **Secured Creditor:**   CWS Investments, Inc.
      **Secured Property:**   2128 Main Street East, Snellville, GA 30078
      **Our File Number:**    18278-108343

RE:   Security Deed recorded at Deed Book 47597, Page 348 of the Georgia Deed Records of
      the Superior Court in the County of Gwinnett, said deed originally executed by
      Constantine Angus in favor of Mortgage Electronic Registration Systems, Inc. as Nominee
      for Home America Mortgage, Inc. to secure a Note in the original principal amount of
      $46,950.00, last assigned to CWS Investments, Inc.

Dear Constantine Angus:

    By letter dated October 2, 2023, ("Initial Communication Letter") I notified you that CWS
Investments, Inc. had retained this law firm to collect a debt. In addition, I outlined your rights
under the Fair Debt Collections Practices Act ("FDCPA"), including your right to validate the debt
in question, which you could exercise within 30 days of your receipt of the Initial Communication
Letter. Nothing in this letter will prevent you from exercising those rights as explained in the
Initial Communication Letter.

    As a result of your breach of the above-referenced Note and Security Deed, which Security
Deed is recorded at Deed Book 47597, Page 348, Gwinnett County, Georgia records, with an
original indebtedness of $46,950, this law firm has been employed to take action against you and
the property, if necessary. The Note and /or Security Deed provides that the lender must give
certain notices to the borrower and that lender shall be entitled to collect all reasonable costs



incurred in pursuing the remedies provided. Pursuant to the terms of said Note and Security Deed, this is notice to you of the following:

1. Said Note and Security Deed were breached as a result of your failure to make payments on the Note and other possible default under the Security Deed.

2. To cure this breach, you must pay past due payments and late payments and pay to this firm attorney's fees and cost currently in the amount of Seventy-Five Thousand Seven Hundred Forty-Three and 53/100 dollars ($75,743.53).

My client has informed me that you owe a total outstanding balance of One Hundred Nineteen Thousand Four Hundred Forty-Four and 01/100ths dollars ($119, 444.01), which is good through October 11, 2023. Because of interest ($13.88 per diem), late charges and other charges that may vary from day to day, the amount due on the day you pay may be greater. Hence, if you pay the amount shown above, an adjustment may be necessary after we receive your check, in which event we will inform you before depositing the check for collection. For further information, write the undersigned or call the number set forth above. All funds must be in the form of a cashier's check or certified funds made payable to this firm.

3. You have **30** days from the date this notice is mailed to you to cure such breach.

4. Your failure to cure such breach on or before the above required time may result in acceleration of the total sums secured by said Security Deed and foreclosure and sale of your property, as well as other remedies available to lender.

5. This letter shall also serve as notice to your of the right to re-instate your loan after acceleration as provided for in the Security Deed and the right to bring a court action to assert the non-existence of a default or any other legal defense to acceleration and sale.

The amount of the debt is set forth above and the creditor to whom the debt is owed is CWS Investments, Inc. which is authorized to receive payment on your loan. As indicated in the Initial Communications Letter, unless you dispute the debt within thirty days after receiving this notice, this firm will assume the debt to be valid. Should you notify us in writing within the thirty-day period that the debt or any portion thereof is disputed, the firm will obtain a verification of the debt or a copy of a judgment against you and a copy of such verification or judgment will be



mailed to you. Upon your written request within such thirty-day period, the firm will provide you with the name and address of the original creditor, if different from the current creditor.

If you have received a discharge in a Bankruptcy and this debt was not reaffirmed, this notice is not intended to indicate that you are personally liable for this debt or that we are attempting to collect a debt from you. However, notice provisions may be contained within your note and/or security instrument that require notice prior to foreclosure or such notice may be required under applicable law. In this instance the information concerning the associated debt and any action taken is limited solely to the purpose of conducting a foreclosure of the above-referenced property pursuant to state law. If you are currently under bankruptcy protection and no relief has been granted by CWS Investments, Inc., please fax your bankruptcy case information to us at (678) 236-9154 or have your attorney e-mail such information, if you are represented by counsel, including the date and jurisdiction of your bankruptcy filing, your case number, and the bankruptcy chapter number under which you have filed, to Brian.Goldberg@FMGLaw.com or contact us at the number listed above.

Please contact the undersigned to make arrangements for paying the past due amount and bringing your loan current or if you have any questions regarding the matters discussed in this letter.

BE GOVERNED ACCORDINGLY,

Very truly yours,
FREEMAN MATHIS & GARY LLP

CC: CWS Investments, Inc.

**THIS COMMUNICATION IS FROM A DEBT COLLECTOR ATTEMPTING TO COLLECT A DEBT; ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. HOWEVER, IF THE DEBT IS IN ACTIVE BANKRUPTCY OR HAS BEEN DISCHARGED THROUGH BANKRUPTCY, THIS COMMUNICATION IS NOT INTENDED AS AND DOES NOT CONSTITUTE AN ATTEMPT TO COLLECT A DEBT.**