# PAYMENT STATEMENT

Statement Date: 11/16/2023

## COMPANY

Madison Management Services, LLC
4600 Kietzke Ln, Ste K-225
Reno, NV 89502
877-563-4164
CustomerService@madisonmanagement.net

## BORROWER

Constantine Angus
2128 Main St E
Snellville GA 30078

## ACCOUNT INFORMATION

| | |
|---|---|
| Principal Balance | $46,595.00 |
| Reserve Balance | $0.00 |
| Escrow Balance | $0.00 |
| Interest Rate | 10.875% |
| Prepayment Penalty | No |
| Property Information | 2128 Main St E |
| | Snellville GA 30078 |

## DELINQUENCY NOTICE

You are late on your loan payments. Failure to bring your loan current may result in fees and foreclosure and the loss of your home. As of 11/16/2023, you are 4978 days delinquent on your loan.

Recent Account History:
 Payment due 6/1/2023: Unpaid balance of $442.69
 Payment due 7/1/2023: Unpaid balance of $442.69
 Payment due 8/1/2023: Unpaid balance of $442.69
 Payment due 9/1/2023: Unpaid balance of $442.69
 Payment due 10/1/2023: Unpaid balance of $442.69
 Payment due 11/1/2023: Unpaid balance of $442.69
 Current payment due 12/1/2023: $442.69

Total: $76,691.17 due. You must pay this amount to bring your loan current.

If You Are Experiencing Financial Difficulty:
See statement for information about mortgage counseling or assistance.

## AMOUNT DUE

| | |
|---|---|
| Account Number | 0002009010 |
| Payment Due Date | 12/1/2023 |
| Amount Due | $76,691.17 |

*If the payment is received after 12/16/2023, $22.13 late fee will be charged.*

## EXPLANATION OF AMOUNT DUE

| | |
|---|---|
| Principal | $89.67 |
| Interest | $353.02 |
| Escrow | $0.00 |
| Other | $0.00 |
| Regular Payment Amount | $442.69 |
| Total Fees & Charges | $3,647.32 |
| Overdue Payment | $72,601.16 |
| Total Amount Due | $76,691.17 |

## PAST PAYMENTS BREAKDOWN

| Description | Paid Last Month | Paid Year To Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow | $0.00 | $0.00 |
| Other | $0.00 | $0.00 |
| Fees | $0.00 | $0.00 |
| Partial Payment (Unapplied) * | $0.00 | $0.00 |
| Total | $0.00 | $0.00 |

Housing Counselor Information: If you would like counseling or assistance, you can contact the following:

U.S. Department of Housing and Urban Development (HUD): For a list of homeownership counselors or counseling organizations in your area, go to http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or call 800-569-4287.

## ACCOUNT ACTIVITY (10/16/2023 - 11/15/2023)

| Date | Description | Charges | Payments |
|---|---|---|---|
| 11/2/2023 | Inspection Fee. | $18.00 | |

---

*--------------------------- PLEASE DETACH THE BOTTOM PORTION OF THIS STATEMENT, RETURN IT WITH YOUR PAYMENT AND RETAIN THE TOP PORTION FOR YOUR RECORDS ---------------------------*

## BORROWER

Constantine Angus
2128 Main St E
Snellville GA 30078

## COMPANY

Madison Management Services, LLC
4600 Kietzke Ln, Ste K-225
Reno, NV 89502
877-563-4164
CustomerService@madisonmanagement.net

## AMOUNT DUE

| | |
|---|---|
| Account Number | 0002009010 |
| Payment Due Date | 12/1/2023 |
| Amount Due | $76,691.17 |

*If the payment is received after 12/16/2023, $22.13 late fee will be charged.*

| | |
|---|---|
| Additional Principal | $ |
| Additional Escrow | $ |
| Total Amount Enclosed | $ |

☐ Check here for a change of mailing address or phone number(s). Please provide all corrections on the reverse side.

| | PAYMENT STATEMENT |
|---|---:|
| | Statement Date: 12/15/2023 |

### COMPANY

Madison Management Services, LLC
4600 Kietzke Ln, Ste K-225
Reno, NV 89502
877-563-4164
CustomerService@madisonmanagement.net

### BORROWER

Constantine Angus
2128 Main St E
Snellville GA 30078

### ACCOUNT INFORMATION

| | |
|---|---:|
| Principal Balance | $46,595.00 |
| Reserve Balance | $0.00 |
| Escrow Balance | $0.00 |
| Interest Rate | 10.875% |
| Prepayment Penalty | No |
| Property Information | 2128 Main St E |
| | Snellville GA 30078 |

### DELINQUENCY NOTICE

You are late on your loan payments. Failure to bring your loan current may result in fees and foreclosure and the loss of your home. As of 12/15/2023, you are 5007 days delinquent on your loan.

Recent Account History:
    Payment due 7/1/2023: Unpaid balance of $442.69
    Payment due 8/1/2023: Unpaid balance of $442.69
    Payment due 9/1/2023: Unpaid balance of $442.69
    Payment due 10/1/2023: Unpaid balance of $442.69
    Payment due 11/1/2023: Unpaid balance of $442.69
    Payment due 12/1/2023: Unpaid balance of $442.69
    Current payment due 1/1/2024: $442.69

Total: $77,155.99 due. You must pay this amount to bring your loan current.

If You Are Experiencing Financial Difficulty:
See statement for information about mortgage counseling or assistance.

### AMOUNT DUE

| | |
|---|---:|
| Account Number | 0002009010 |
| Payment Due Date | 1/1/2024 |
| Amount Due | $77,155.99 |

*If the payment is received after 1/16/2024, $22.13 late fee will be charged.*

### EXPLANATION OF AMOUNT DUE

| | |
|---|---:|
| Principal | $90.49 |
| Interest | $352.20 |
| Escrow | $0.00 |
| Other | $0.00 |
|     Regular Payment Amount | $442.69 |
| Total Fees & Charges | $3,669.45 |
| Overdue Payment | $73,043.85 |
|     Total Amount Due | $77,155.99 |

### PAST PAYMENTS BREAKDOWN

| Description | Paid Last Month | Paid Year To Date |
|---|---:|---:|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow | $0.00 | $0.00 |
| Other | $0.00 | $0.00 |
| Fees | $0.00 | $0.00 |
| Partial Payment (Unapplied) * | $0.00 | $0.00 |
| Total | $0.00 | $0.00 |

Housing Counselor Information: If you would like counseling or assistance, you can contact the following:

U.S. Department of Housing and Urban Development (HUD): For a list of homeownership counselors or counseling organizations in your area, go to http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or call 800-569-4287.

### ACCOUNT ACTIVITY (11/15/2023 - 12/14/2023)

| Date | Description | Charges | Payments |
|---|---|---|---|
| | | | |

---------------------------- PLEASE DETACH THE BOTTOM PORTION OF THIS STATEMENT, RETURN IT WITH YOUR PAYMENT AND RETAIN THE TOP PORTION FOR YOUR RECORDS ----------------------------

### BORROWER

Constantine Angus
2128 Main St E
Snellville GA 30078

### COMPANY

Madison Management Services, LLC
4600 Kietzke Ln, Ste K-225
Reno, NV 89502
877-563-4164
CustomerService@madisonmanagement.net

### AMOUNT DUE

| | |
|---|---:|
| Account Number | 0002009010 |
| Payment Due Date | 1/1/2024 |
| Amount Due | $77,155.99 |

*If the payment is received after 1/16/2024, $22.13 late fee will be charged.*

| | |
|---|---|
| Additional Principal | $ |
| Additional Escrow | $ |
| Total Amount Enclosed | $ |

☐ Check here for a change of mailing address or phone number(s). Please provide all corrections on the reverse side.

| | | |
|---|---|---|
| | | **PAYMENT STATEMENT** |
| | | Statement Date: 02/15/2024 |

### COMPANY

Madison Management Services, LLC
4600 Kietzke Ln, Ste K-225
Reno, NV 89502
877-563-4164
CustomerService@madisonmanagement.net

### AMOUNT DUE

| | |
|---|---|
| Account Number | 0002009010 |
| Payment Due Date | 03/01/2024 |
| Amount Due | $78,805.63 |

*If the payment is received after 03/16/2024, $22.13 late fee will be charged.*

### BORROWER

Constantine Angus
2128 Main St E
Snellville GA 30078

### EXPLANATION OF AMOUNT DUE

| | |
|---|---|
| Principal | $92.13 |
| Interest | $350.56 |
| Escrow | $0.00 |
| Other | $0.00 |
| Regular Payment Amount | $442.69 |
| Total Fees & Charges | $4,433.71 |
| Overdue Payment | $73,929.23 |
| Total Amount Due | $78,805.63 |

### ACCOUNT INFORMATION

| | |
|---|---|
| Principal Balance | $46,595.00 |
| Reserve Balance | $0.00 |
| Escrow Balance | $0.00 |
| Interest Rate | 10.875% |
| Prepayment Penalty | No |
| Property Information | 2128 Main St E |
| | Snellville GA 30078 |

### PAST PAYMENTS BREAKDOWN

| Description | Paid Last Month | Paid Year To Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow | $0.00 | $0.00 |
| Other | $0.00 | $0.00 |
| Fees | $0.00 | $0.00 |
| Partial Payment (Unapplied) * | $0.00 | $0.00 |
| Total | $0.00 | $0.00 |

### DELINQUENCY NOTICE

You are late on your loan payments. Failure to bring your loan current may result in fees and foreclosure and the loss of your home. As of 02/15/2024, you are 5069 days delinquent on your loan.

Recent Account History:
  Payment due 09/01/2023: Unpaid balance of $442.69
  Payment due 10/01/2023: Unpaid balance of $442.69
  Payment due 11/01/2023: Unpaid balance of $442.69
  Payment due 12/01/2023: Unpaid balance of $442.69
  Payment due 01/01/2024: Unpaid balance of $442.69
  Payment due 02/01/2024: Unpaid balance of $442.69
  Current payment due 03/01/2024: $442.69

  Total: $78,805.63 due. You must pay this amount to bring your loan current.

If You Are Experiencing Financial Difficulty:
See statement for information about mortgage counseling or assistance.

### IMPORTANT MESSAGE

Housing Counselor Information: If you would like counseling or assistance, you can contact the following:

U.S. Department of Housing and Urban Development (HUD): For a list of homeownership counselors or counseling organizations in your area, go to http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or call 800-569-4287.

### ACCOUNT ACTIVITY (01/15/2024 - 02/14/2024)

| Date | Description | Charges | Payments |
|---|---|---|---|
| | | | |

--------------------------- PLEASE DETACH THE BOTTOM PORTION OF THIS STATEMENT, RETURN IT WITH YOUR PAYMENT AND RETAIN THE TOP PORTION FOR YOUR RECORDS ---------------------------

### BORROWER

Constantine Angus
2128 Main St E
Snellville GA 30078

### COMPANY

Madison Management Services, LLC
4600 Kietzke Ln, Ste K-225
Reno, NV 89502
877-563-4164
CustomerService@madisonmanagement.net

### AMOUNT DUE

| | |
|---|---|
| Account Number | 0002009010 |
| Payment Due Date | 03/01/2024 |
| Amount Due | $78,805.63 |

*If the payment is received after 03/16/2024, $22.13 late fee will be charged.*

| | |
|---|---|
| Additional Principal | $ |
| Additional Escrow | $ |
| Total Amount Enclosed | $ |

☐ Check here for a change of mailing address or phone number(s). Please provide all corrections on the reverse side.

# PAYMENT STATEMENT

Statement Date: 04/15/2024

## COMPANY

Madison Management Services, LLC
4600 Kietzke Ln, Ste K-225
Reno, NV 89502
877-563-4164
CustomerService@madisonmanagement.net

## AMOUNT DUE

| | |
|---|---:|
| Account Number | 0002009010 |
| Payment Due Date | 05/01/2024 |
| **Amount Due** | **$79,755.27** |

*If the payment is received after 05/16/2024, $22.13 late fee will be charged.*

## BORROWER

Constantine Angus
2128 Main St E
Snellville GA 30078

## EXPLANATION OF AMOUNT DUE

| | |
|---|---:|
| Principal | $93.81 |
| Interest | $348.88 |
| Escrow | $0.00 |
| Other | $0.00 |
| Regular Payment Amount | $442.69 |
| Total Fees & Charges | $4,497.97 |
| Overdue Payment | $74,814.61 |
| Total Amount Due | $79,755.27 |

## ACCOUNT INFORMATION

| | |
|---|---:|
| Principal Balance | $46,595.00 |
| Reserve Balance | $0.00 |
| Escrow Balance | $0.00 |
| Interest Rate | 10.875% |
| Prepayment Penalty | No |
| Maturity Date | 02/01/2037 |
| Property Information | 2128 Main St E, Snellville GA 30078 |

## PAST PAYMENTS BREAKDOWN

| Description | Paid Last Month | Paid Year To Date |
|---|---:|---:|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow | $0.00 | $0.00 |
| Other | $0.00 | $0.00 |
| Fees | $0.00 | $0.00 |
| Partial Payment (Unapplied) * | $0.00 | $0.00 |
| Total | $0.00 | $0.00 |

## DELINQUENCY NOTICE

You are late on your loan payments. Failure to bring your loan current may result in fees and foreclosure and the loss of your home. As of 04/15/2024, you are 5129 days delinquent on your loan.

Recent Account History:
Payment due 11/01/2023: Unpaid balance of $442.69
Payment due 12/01/2023: Unpaid balance of $442.69
Payment due 01/01/2024: Unpaid balance of $442.69
Payment due 02/01/2024: Unpaid balance of $442.69
Payment due 03/01/2024: Unpaid balance of $442.69
Payment due 04/01/2024: Unpaid balance of $442.69
Current payment due 05/01/2024: $442.69

Total: $79,755.27 due. You must pay this amount to bring your loan current.

If You Are Experiencing Financial Difficulty:
See statement for information about mortgage counseling or assistance.

## IMPORTANT MESSAGE

Housing Counselor Information: If you would like counseling or assistance, you can contact the following:

U.S. Department of Housing and Urban Development (HUD): For a list of homeownership counselors or counseling organizations in your area, go to http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or call 800-569-4287.

## ACCOUNT ACTIVITY (03/15/2024 - 04/14/2024)

| Date | Description | Charges | Payments |
|---|---|---:|---:|
| 03/15/2024 | Inspection Fees INV 126468467 | $20.00 | |

---

*PLEASE DETACH THE BOTTOM PORTION OF THIS STATEMENT, RETURN IT WITH YOUR PAYMENT AND RETAIN THE TOP PORTION FOR YOUR RECORDS*

## BORROWER

Constantine Angus
2128 Main St E
Snellville GA 30078

## COMPANY

Madison Management Services, LLC
4600 Kietzke Ln, Ste K-225
Reno, NV 89502
877-563-4164
CustomerService@madisonmanagement.net

## AMOUNT DUE

| | |
|---|---:|
| Account Number | 0002009010 |
| Payment Due Date | 05/01/2024 |
| **Amount Due** | **$79,755.27** |

*If the payment is received after 05/16/2024, $22.13 late fee will be charged.*

| | |
|---|---|
| Additional Principal | $ |
| Additional Escrow | $ |
| Total Amount Enclosed | $ |

☐ Check here for a change of mailing address or phone number(s). Please provide all corrections on the reverse side.



William Carlisle <wrclaw@clfoffice.com>

### FW: regarding payment
1 message

**cangus01@comcast.net** <cangus01@comcast.net>  Thu, Nov 9, 2023 at 12:23 PM
To: wrclaw@gmail.com

Billy,

Please see below and advise.

Thanks

**Constantine "Gus" Angus, BSEET, MSM**
**President/CEO/Broker**
**Petra Realty Inc.,**
**2128 East Main St**
**Snellville, GA 30078**
**Direct: (678) 630-4329**
**Facsimile: (678) 710-8010**



**From:** Dianna L. Thomas <DThomas@madisonmanagement.net>
**Sent:** Thursday, November 9, 2023 11:20 AM
**To:** 'cangus01@comcast.net' <cangus01@comcast.net>
**Subject:** regarding payment

Hello,

Please submit a payment there has not been one made.

The account is in default.

Thank you

# Dianna Thomas

Madison Management Services, LLC

4600 Kietzke Lane, Suite K 225

Reno, NV 89502

Company NMLS# 185724

DThomas@madisonmanagement.net

Tel:  (877) 563-4164 Ext. 124
Fax: (877) 563-4161



## Please allow 24 to 48 hours for a response.

We will be out of the office November 23rd and 24th in Observance of Thanksgiving Day.

**THIS COMMUNICATION IS FROM A DEBT COLLECTOR BUT DOES NOT IMPLY THAT MADISON MANAGEMENT SERVICES IS ATTEMPTING TO COLLECT MONEY FROM ANYONE WHOSE DEBT HAS BEEN DISCHARGED PURSUANT TO (OR WHO IS UNDER THE PROTECTION OF) THE BANKRUPTCY LAWS OF THE UNITED STATES; IN SUCH INSTANCES, IT IS INTENDED SOLELY FOR INFORMATIONAL PURPOSES AND DOES NOT CONSTITUTE A DEMAND FOR PAYMENT**. If your personal liability to repay this debt was discharged through a Chapter 7 Bankruptcy or you are in an active Bankruptcy, then this notice is not an attempt to collect, recover or offset the debt as a personal liability. This correspondence is for informational purposes only. The Lender is exercising its' In Rem rights.

**\*\*Confidentiality Notice\*\***
The information contained in and attached to this electronic message is legally privileged and confidential under applicable law, and is intended only for the use of the individual or entity named above. If the recipient of this message is not the above-named intended recipient, you are hereby notified that any dissemination, copy or disclosure of this communication is strictly prohibited. If you have received this communication in error, please notify MADISON MANAGEMENT SERVICES, LLC at 877.563.4164 and purge the communication immediately without making any copy or distribution

**Wire Fraud Warning**: Wire fraud and email hacking/phishing attacks are on the increase. Cyber criminals are hacking email accounts and sending emails with fake wiring instructions. If you have an escrow or closing transaction with us and you receive an email containing Wire Transfer Instructions, do not respond to the email. Instead, call us immediately, using previously known contact information and NOT information provided in the email, to verify the information prior to sending funds. If you have received new wiring instructions, please notify the firm immediately by phone to confirm. Madison Management Services, LLC does not alter its wiring instructions.

Finally, the recipient should check this email and any attachments for the presence of viruses. The company accepts no liability for any damage caused by any virus transmitted by this email.
Madison Management Services is a Limited Liability Company Registered in the State of Nevada

# PAYMENT STATEMENT

Statement Date: 03/16/2024

## COMPANY

Madison Management Services, LLC
4600 Kietzke Ln, Ste K-225
Reno, NV 89502
877-563-4164
CustomerService@madisonmanagement.net

## BORROWER

Constantine Angus
2128 Main St E
Snellville GA 30078

## AMOUNT DUE

| | |
|---|---|
| Account Number | 0002009010 |
| Payment Due Date | 04/01/2024 |
| Amount Due | $79,290.45 |

*If the payment is received after 04/16/2024, $22.13 late fee will be charged.*

## EXPLANATION OF AMOUNT DUE

| | |
|---|---|
| Principal | $92.97 |
| Interest | $349.72 |
| Escrow | $0.00 |
| Other | $0.00 |
| Regular Payment Amount | $442.69 |
| Total Fees & Charges | $4,475.84 |
| Overdue Payment | $74,371.92 |
| Total Amount Due | $79,290.45 |

## ACCOUNT INFORMATION

| | |
|---|---|
| Principal Balance | $46,595.00 |
| Reserve Balance | $0.00 |
| Escrow Balance | $0.00 |
| Interest Rate | 10.875% |
| Prepayment Penalty | No |
| Maturity Date | 02/01/2037 |
| Property Information | 2128 Main St E Snellville GA 30078 |

## PAST PAYMENTS BREAKDOWN

| Description | Paid Last Month | Paid Year To Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow | $0.00 | $0.00 |
| Other | $0.00 | $0.00 |
| Fees | $0.00 | $0.00 |
| Partial Payment (Unapplied) * | $0.00 | $0.00 |
| Total | $0.00 | $0.00 |

## DELINQUENCY NOTICE

You are late on your loan payments. Failure to bring your loan current may result in fees and foreclosure and the loss of your home. As of 03/16/2024, you are 5099 days delinquent on your loan.

Recent Account History:
Payment due 10/01/2023: Unpaid balance of $442.69
Payment due 11/01/2023: Unpaid balance of $442.69
Payment due 12/01/2023: Unpaid balance of $442.69
Payment due 01/01/2024: Unpaid balance of $442.69
Payment due 02/01/2024: Unpaid balance of $442.69
Payment due 03/01/2024: Unpaid balance of $442.69
Current payment due 04/01/2024: $442.69

Total: $79,290.45 due. You must pay this amount to bring your loan current.

If You Are Experiencing Financial Difficulty:
See statement for information about mortgage counseling or assistance.

## IMPORTANT MESSAGE

Housing Counselor Information: If you would like counseling or assistance, you can contact the following:

U.S. Department of Housing and Urban Development (HUD): For a list of homeownership counselors or counseling organizations in your area, go to http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or call 800-569-4287.

## ACCOUNT ACTIVITY (02/16/2024 - 03/15/2024)

| Date | Description | Charges | Payments |
|---|---|---|---|
| 03/15/2024 | Inspection Fees INV 126468467 | $20.00 | |

--------------------------- PLEASE DETACH THE BOTTOM PORTION OF THIS STATEMENT, RETURN IT WITH YOUR PAYMENT AND RETAIN THE TOP PORTION FOR YOUR RECORDS ---------------------------

## BORROWER

Constantine Angus
2128 Main St E
Snellville GA 30078

## COMPANY

Madison Management Services, LLC
4600 Kietzke Ln, Ste K-225
Reno, NV 89502
877-563-4164
CustomerService@madisonmanagement.net

## AMOUNT DUE

| | |
|---|---|
| Account Number | 0002009010 |
| Payment Due Date | 04/01/2024 |
| Amount Due | $79,290.45 |

*If the payment is received after 04/16/2024, $22.13 late fee will be charged.*

| | |
|---|---|
| Additional Principal | $ |
| Additional Escrow | $ |
| Total Amount Enclosed | $ |

☐ Check here for a change of mailing address or phone number(s). Please provide all corrections on the reverse side.