# Exhibit 3A

## RECORDED ASSIGNMENTS
## Security Deed at Deed Book 47597, Page 348

**Constantine Angus** to **MERS,** as Nominee
for Home America Mortgage, Inc.
Gwinnett Deed Book 47597, Page 348
Recorded 02/22/2007



**TBW** to **Windstream Capital, LLC**
Gwinnett Deed Book 60692 , Page 533
Recorded 07/12/2023

**MERS**, as Nominee for Home America
Mortgage, Inc. to **Windstream Capital, LLC**
Gwinnett Deed Book 60729, Page 159
Recorded 08/01/2023



**Windstream Capital, LLC** to **CWS**
Gwinnett Deed Book 60770, Page 391
Recorded 08/23/2023