

Department of State / Division of Corporations / Search Records / Search by Entity Name /

# Detail by Entity Name

Florida Profit Corporation
COMMUNITY HOME LOANS, INC.

**Filing Information**

| | |
|---|---|
| **Document Number** | P95000046291 |
| **FEI/EIN Number** | 59-3341350 |
| **Date Filed** | 06/09/1995 |
| **State** | FL |
| **Status** | INACTIVE |
| **Last Event** | ADMIN DISSOLUTION FOR ANNUAL REPORT |
| **Event Date Filed** | 09/19/2003 |
| **Event Effective Date** | NONE |

**Principal Address**

101 NE 2ND STREET
OCALA, FL 34470

Changed: 06/10/1999

**Mailing Address**

101 NE 2ND STREET
OCALA, FL 34470

Changed: 06/10/1999

**Registered Agent Name & Address**

BRASHEAR, BRUCE ESQ
926 NW 13TH STREET
GAINESVILLE, FL 32601

Name Changed: 11/26/2002

Address Changed: 11/26/2002

**Officer/Director Detail**

**Name & Address**

Title P

BOWMAN, RAYMOND
101 NE 2ND ST
OCALA, FL 34470

Title VCD

DICKINSON, SHERRY
1760 THE EXCHANGE SE
ATLANTA, GA 30339

Title CEOD

FARKAS, LEE B
101 NE 2ND ST
OCALA, FL 34470

Title D

ROBERSON, CODA C
101 NE 2ND STREET
OCALA, FL 34470

## Annual Reports

| Report Year | Filed Date |
|---|---|
| 2001 | 01/29/2001 |
| 2002 | 01/24/2002 |

## Document Images

| | |
|---|---|
| 11/26/2002 -- ANNUAL REPORT | View image in PDF format |
| 03/26/2002 -- Amendment and Name Change | View image in PDF format |
| 01/24/2002 -- ANNUAL REPORT | View image in PDF format |
| 01/29/2001 -- ANNUAL REPORT | View image in PDF format |
| 03/16/2000 -- ANNUAL REPORT | View image in PDF format |
| 08/17/1999 -- Name Change | View image in PDF format |
| 06/10/1999 -- ANNUAL REPORT | View image in PDF format |
| 04/03/1998 -- ANNUAL REPORT | View image in PDF format |
| 05/09/1997 -- ANNUAL REPORT | View image in PDF format |
| 05/24/1996 -- ANNUAL REPORT | View image in PDF format |
| 06/09/1995 -- DOCUMENTS PRIOR TO 1997 | View image in PDF format |

**P95000046291**

LAW OFFICES
HICKS & MacQUARRIE
A PARTNERSHIP INCLUDING PROFESSIONAL ASSOCIATIONS

DANIEL HICKS, P. A.
CHRISTOPHER J. MacQUARRIE, P. A.

2303 PROFESSIONAL CENTER
SUITE 201
2303 S. E. 17TH STREET
OCALA, FLORIDA 34471-9109
TELEPHONE (904) 351-3353
FAX (904) 351-2284

MAILING ADDRESS
POST OFFICE DRAWER 1088
OCALA, FLORIDA 34478-1088

June 7, 1995

300001509723
-06/09/95--01049--020
****122.50  ****122.50

Secretary of State
Division of Corporations
Post Office Box 6327
Tallahassee, FL 32301

Re:   Taylor, Bean & Whitaker Ltd., Inc.

Gentlemen/Ladies:

Enclosed is the original Articles of Incorporation for Taylor, Bean & Whitaker Ltd., Inc., along with check in the amount of $122.50 for filing with the Secretary of State, State of Florida.

Please furnish a certified copy of the Articles in the enclosed, self-addressed, stamped envelope provided for your convenience.

Trusting the foregoing is satisfactory, thank you for your attention to this matter.

Sincerely,

HICKS & MacQUARRIE

Daniel Hicks, P.A.

DH/sjm

Enclosure

FILED
95 JUN -9 AM 7:45
SECRETARY OF STATE
TALLAHASSEE, FLORIDA

LC14298/sym

# ARTICLES OF INCORPORATION

## OF

## TAYLOR, BEAN & WHITAKER LTD, INC.

The undersigned incorporator, for the purpose of forming a corporation under the Florida Business Corporation act, does hereby adopt the following Articles of Incorporation:

### ARTICLE I

### NAME

The name of the Corporation shall be: **TAYLOR, BEAN & WHITAKER LTD, INC.**

### ARTICLE II

### ADDRESS

The address of the principal office of the Corporation is 2233 S.E. FT. KING STREET, STE. B, OCALA, FL 34471, and the mailing address of the Corporation is 2233 S.E. FT. KING STREET, STE. B, OCALA, FL 34471.

### ARTICLE III

### BUSINESS, OBJECTS OR PURPOSE

The general nature of the business to be transacted by this Corporation or the objects or purposes of the Corporation shall be as follows:

1.    To engage in and transact any lawful business for which a corporation may be incorporated under the Florida Business Corporation Act and other incorporation laws of the State of Florida. No other purpose limits this general purpose in any way.

2.    To do such other things as are incidental to the purposes of the Corporation or necessary or desirable in order to accomplish them.

95 JUN -9 AM 7:45
SECRETARY STATE
TALLAHASSEE FLORIDA
FILED

## ARTICLE IV

## EXISTENCE OF CORPORATION

This Corporation shall have perpetual existence.

## ARTICLE V

## AUTHORIZED SHARES

The Corporation is authorized to issue two classes of shares as follows:

1.  **Common shares:** The Corporation is authorized to issue common shares which shall have unlimited voting rights and shall be entitled to receive the net assets of the corporation upon dissolution. Each common shares of the Corporation shall have a par value of 1/100 dollars ($.01). The Corporation is authorized to issue 1000 common shares.

2.  **Class A Convertible Preferred Shares:** The Corporation is authorized to issue Class A Convertible Preferred shares which shall entitle the holder to an annual preferred dividend equal to $60 per share. Each Class A Convertible Preferred share shall also entitle the holder to convert each such share into one common share upon the terms and conditions described in the Bylaws of the Corporation. The Corporation is authorized to issue 250 Class A Convertible Preferred shares.

## ARTICLE VI

## SHARE TRANSFER RESTRICTIONS

Shares of the Corporation shall be issued to the following persons in the following amounts upon payment of the consideration determined by the Board of Directors:

| Shareholder | Number of Shares | Class |
| --- | --- | --- |
| Terri A. Huber | 375 | Common |
| Garret Baldwin Retirement Trust | 375 | Common |
| Gary Garrett | 250 | Class A Convertible Preferred |

2

Shares held by each Shareholder may not be sold or otherwise transferred to other persons unless first offered to this Corporation or to the remaining Shareholders in proportion to their shares. The price, terms and other provisions regarding this restriction may be specified by written agreement among the Shareholders, which agreement may expand this Article and which may also include the Corporation as a party. These restrictions are intended to preserve exemptions under federal and state securities laws, to provide for the orderly changes in ownership of shares, and to serve other reasonable purposes.

## ARTICLE VII

### ANTI-DILUTION PROVISION

For as long as there are Class A Convertible Preferred shares outstanding, the Corporation shall not issue any additional shares of any type or class which would dilute the interest of the Class A Convertible Preferred Shareholder without first offering to the Class A Convertible Preferred Shareholder a portion of such shares sufficient to prevent any such dilution, on terms that are at least as favorable as those offered to any other prospective Shareholder.

## ARTICLE VIII

### INITIAL REGISTERED OFFICE AND AGENT

The street address of the initial registered office of the Corporation is 2233 S.E. FT. KING STREET, STE. B, OCALA, FL 34471, and the name of its initial Registered Agent at that address is **LEE B. FARKAS**.

## ARTICLE IX

### INITIAL BOARD OF DIRECTORS

The number of Directors constituting the initial Board of Directors is three (3). The

3

number of Directors may be increased or decreased from time to time in accordance with the Bylaws but shall never be less than one. The names and addresses of the initial Directors of the Corporation are:

| | |
|---|---|
| Lee B. Farkas | 2233 S.E. Ft. King Street, Ste. B, Ocala, FL 34471 |
| Garret J. Baldwin | 2233 S.E. Ft. King Street, Ste. B, Ocala, FL 34471 |
| Gary J. Garrett | 2233 S.E. Ft. King Street, Ste. B, Ocala, FL 34471 |

## ARTICLE X

## RIGHTS OF INITIAL DIRECTORS

Each of the initial Directors shall have the right to be a Director of the Corporation as long as that respective Director is a Shareholder of the Corporation. By acquiring shares in this Corporation, each Shareholder agrees to abide by this right and to elect each of the initial Directors named in these Articles of Incorporation to the office of Director as long as that Director is a Shareholder of the Corporation. This Article may not be amended in any way without the written consent of each of the initial Directors who is a Shareholder of the Corporation at the time of the amendment.

## ARTICLE XI

## BYLAWS

The power to adopt, alter, amend and repeal the Bylaws shall be vested in the Board of Directors, but all alterations, amendments and repeal of the Bylaws must be approved by a majority of the Shareholders.

## ARTICLE XII

## INCORPORATORS

The name and address of the Incorporator is as follows:

Lee B. Farkas        2233 S.E. Ft. King Street, Ste. B, Ocala, FL 34471

## ARTICLE XIII

### AMENDMENT

The Corporation reserves the right to amend or repeal any provisions contained in these Articles of Incorporation or any amendment to them, and any right conferred upon the Shareholders is subject to this reservation.

IN WITNESS WHEREOF, the undersigned has signed these Articles of Incorporation on this 5th day of June, 1995.

_____
Lee B. Farkas, Incorporator


STATE OF FLORIDA

COUNTY OF MARION

Before me personally appeared LEE B. FARKAS, Incorporator, to me well known and known to me to be the person described in and who executed the foregoing Articles of Incorporation and acknowledged to and before me that he executed said instrument for the purposes therein expressed.

WITNESS my hand and official seal this 5th day of June, 1995.

_____
Karen J. Chambliss
Notary Public, State of Florida

My Commission expires:

KAREN J. CHAMBLISS
My Comm Exp. 6/05/98
Bonded By Service Ins
No. CC379186
[ ] Personally Known     [ ] Other I.D.

5

## ACCEPTANCE BY DESIGNATION
## REGISTERED AGENT/REGISTERED OFFICE

I, the undersigned person, having been named as registered agent and to accept service of process for the above-stated Corporation at the place designated in this statement, hereby accept the appointment as registered agent and agree to act in this capacity. I further agree to comply with the provisions of all statutes relating to the proper and complete performance of my duties, and I am familiar with and accept the obligations of my position as registered agent.

_____

Lee B. Farkas

Date: June 5, 1995

FILED
95 JUN -5 AM 7:45
SECRETARY OF STATE
TALLAHASSEE, FLORIDA

# P950000462 91

## Florida Department of State
### Division of Corporations
Public Access System
Katherine Harris, Secretary of State

Electronic Filing Cover Sheet

**Note: Please print this page and use it as a cover sheet. Type the fax audit
number (shown below) on the top and bottom of all pages of the document.**

(((H99000018487 1)))

**Note: DO NOT hit the REFRESH/RELOAD button on your browser from this
page. Doing so will generate another cover sheet.**

To:
        Division of Corporations
        Fax Number      : (850)922-4000

From:
        Account Name    : DANIEL HICKS, P.A.
        Account Number  : 075061003325
        Phone           : (352)351-3353
        Fax Number      : (352)351-8054



*99 AUG 17 PM 3:58
SECRETARY OF STATE
TALLAHASSEE, FLORIDA
FILED*

# BASIC AMENDMENT

## TAYLOR, BEAN & WHITAKER LTD, INC.

| | |
|---|---|
| Certificate of Status | 0 |
| Certified Copy | 0 |
| Page Count | 02 |
| Estimated Charge | $35.00 |

Electronic Filing Menu.          Corporate Filing.          Public Access Help.

https://ccfss1.dos.state.fl.us/scripts/efilcovr.exe                    7/27/99

# Daniel Hicks, P.A.

*421 South Pine Avenue*
*Ocala, Fl 34474*
*352-351-3353*
*Fax: 352-351-8054*

## FAX TRANSMISSION COVER SHEET

*Date:*      *August 17, 1999*

*To:*        *Florida Department of State*

            *(850) 922-4000*

*Re:*        *Articles of Amendment*

*Sender:*    *M. Cecil*

---

*YOU SHOULD RECEIVE  **10**  PAGE(S), INCLUDING THIS COVER SHEET.*
*IF YOU DO NOT RECEIVE ALL THE PAGES, PLEASE CALL 352-351-3353.*

---

This facsimile contains **PRIVILEGED AND CONFIDENTIAL INFORMATION** intended only for the use of the Addressee(s) named below. If you are not the intended recipient of this facsimile, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination or copying of this facsimile is strictly prohibited. If you have received this facsimile in error, please immediately notify us by telephone and return the original facsimile to us at the above address via the U.S. Postal Service. Thank you.



## FLORIDA DEPARTMENT OF STATE
### Katherine Harris
Secretary of State

August 17, 1999

TAYLOR, BEAN & WHITAKER LTD, INC.
101 NE 2ND STREET
OCALA, FL 34470US

SUBJECT: TAYLOR, BEAN & WHITAKER LTD, INC.
REF: P95000046291

We received your electronically transmitted document. However, the
document has not been filed. Please make the following corrections and
refax the complete document, including the electronic filing cover sheet.

The current name of the entity is as referenced above. Please correct
your document accordingly.

The FAX audit number must be on the top and bottom of each page of the
document.

The required electronic filing cover sheet was not submitted with the
document. Please resubmit the document with the electronic filing cover
sheet.

Please return your document, along with a copy of this letter, within 60
days or your filing will be considered abandoned.

If you have any questions concerning the filing of your document, please
call (850) 487-6906.

Darlene Connell
Corporate Specialist

FAX Aud. #: H99000018487
Letter Number: 699A00041440



**FLORIDA DEPARTMENT OF STATE**
Katherine Harris
Secretary of State

July 28, 1999

TAYLOR, BEAN & WHITAKER LTD, INC.
101 NE 2ND STREET
OCALA, FL  34470US

SUBJECT: TAYLOR, BEAN & WHITAKER LTD, INC.
REF: P95000046291

We received your electronically transmitted document. However, the
document has not been filed. Please make the following corrections and
refax the complete document, including the electronic filing cover sheet.

The current name of the entity is as referenced above. Please correct
your document accordingly.

The document must be signed by the chairman, any vice chairman of the
board of directors, its president, or another of its officers.

Please return your document, along with a copy of this letter, within 60
days or your filing will be considered abandoned.

If you have any questions concerning the filing of your document, please
call (850) 487-6880.

Karen Gibson
Corporate Specialist

FAX Aud. #: H99000018487
Letter Number: 499A00038418

RECEIVED
99 AUG 17 PM 3
DIVISION OF CORPORATE

((( H990000184871  )))

**ARTICLES OF AMENDMENT**

**OF**

**TAYLOR, BEAN & WHITAKER LTD., INC.**

1.      The undersigned are the sole shareholders and directors of TAYLOR, BEAN & WHITAKER LTD., INC.

8000 shares have been issued and no other action of any nature has been undertaken by the Corporation.

2.      The following provisions of the Articles of Incorporation of TAYLOR, BEAN & WHITAKER LTD., INC., a Florida corporation, filed in Tallahassee on June 9, 1995 and assigned document number P95000046291, be and they are hereby amended in the following particulars:

Article 1, be and it is hereby amended to read as follows:

ARTICLE I
NAME AND ADDRESS

The name of the Corporation shall be: HOME AMERICA MORTGAGE, INC.

The address of the principal office of the Corporation is: 101 NE 2nd Street, Ocala, Florida 34474 and the mailing address of the Corporation is: 101 NE 2nd Street, Ocala, Florida 34474.

Daniel Hicks, P.A.
421 South Pine Avenue
Ocala, Florida 34471
Phone: (352) 351-3353
Fax No.: (352) 351-8054
Florida Bar No. 0145139

((( H990000184871  )))

((( H990000184871  )))

3.    The foregoing amendment was adopted by all of the shareholders and directors of the Corporation on the _23_ day of July, 1999.

IN WITNESS WHEREOF, the undersigned Incorporators of this corporation have executed these Articles of Amendment this _23_ day of July, 1999.

TAYLOR, BEAN & WHITAKER LTD., INC.

By: _____
    Gary Garrett, as Shareholder
    and Director and President

By: _____
    Timothy Parker, as Shareholder
    and Director

By: _____
    Coda Roberson, III, as Director
    and Secretary

STATE OF FLORIDA
COUNTY OF MARION

I HEREBY CERTIFY on this day, before me, an officer duly authorized in the State aforesaid and in the County aforesaid to take acknowledgments, personally appeared Gary Garrett, Timothy Parker and Coda Roberson, III, to me known to be the persons described in and who executed the same for the purposes contained, that they are personally known to me.

_23_ WITNESS my hand and official seal in the County and State last aforesaid this ____ day of July, 1999.

_____
Notary Public

My Commission expires:

((( H990000184871  )))



PAULA S. MILLER
My Comm Exp. 11/19/2000
No. CC 663550
[ ] Personally Known [ ] Other I.D.

**P 95000046291**

# Florida Department of State

### Division of Corporations
#### Public Access System
##### Katherine Harris, Secretary of State

---

### Electronic Filing Cover Sheet

---

Note: Please print this page and use it as a cover sheet. Type the fax audit
number (shown below) on the top and bottom of all pages of the document.

### (((H02000065025 7)))

Note: DO NOT hit the REFRESH/RELOAD button on your browser from this
page. Doing so will generate another cover sheet.

To:
    Division of Corporations
    Fax Number     : (850)205-0380

From:
    Account Name   : DANIEL HICKS, P.A.
    Account Number : 075061003325
    Phone        : (352)351-3353
    Fax Number   : (352)351-8054

RECEIVED
02 MAR 26 AM10:50
DIVISION OF CORPORATIONS

FILED
02 MAR 26 PM 1:03
SECRETARY OF STATE
TALLAHASSEE, FLORIDA

---

## BASIC AMENDMENT

### HOME AMERICA MORTGAGE, INC.

| Certificate of Status | O |
| --- | --- |
| Certified Copy | O |
| Page Count | 02 |
| Estimated Charge | $35.00 |

NC+AM
3-26

3/26/02

((( H02000065025 7 )))

FILED
02 MAR 26 PM 1: 03
SECRETARY OF STATE
TALLAHASSEE, FLORIDA

## ARTICLES OF AMENDMENT
## OF
## HOME AMERICA MORTGAGE, INC.

Pursuant to Florida Statute Chapter 607, the following provisions of the Articles of Incorporation of HOME AMERICA MORTGAGE, INC., a Florida corporation, filed in Tallahassee on June 9, 1995 and amended on August 17, 1999, be and they are hereby amended in the following particulars:

1.    The name of the Corporation shall be:

"Community Home Loans, Inc.", and the date of the adoption of this amendment was January 17, 2002.

This amendment to change the name of the corporation to Community Home Loans, Inc. was approved by the common (voting) Shareholders and Directors of the Corporation and that the number of votes cast for the amendment by each voting group was sufficient for approval.

2.    Article V of the Articles of Incorporation of the Company shall be revised, as follows:

## ARTICLE V
## AUTHORIZED SHARES

The Corporation is authorized to issue three classes of shares as follows:

1.    **Common shares:**    The Corporation is authorized to issue common shares which shall have unlimited voting rights and shall be entitled to receive the net assets of the corporation upon dissolution. Each common shares of the Corporation shall have a per value of 1/100 dollars ($.01). The Corporation is authorized to issue 12,500 common shares.

2.    **Class A Convertible Preferred Shares:**    The Corporation is authorized to issue Class A Convertible Preferred shares which shall entitle the holder to an annual preferred dividend of $60 per share. Each Class A Convertible Preferred share shall also entitle the holder to convert each such share into eight common shares upon the terms and conditions described in the Bylaws of the Corporation. The Corporation is authorized to issue 250 Class A Convertible Preferred shares.

3.    **Class B Convertible Preferred Shares:**    The corporation is authorized to issue Class B Convertible Preferred shares which shall entitle the holder to an annual preferred dividend of $32.00, per share. The dividend payments of Class B Preferred shares shall be subordinate to the

((( H02000065025 7 )))

((( H02000065025 7        )))

payment of of accrued dividends to Class A Convertible Preferred shares but shall have priority to payment of dividends to Common shares. Class B Convertible Preferred shares shall be convertible into eight common shares of the Corporation. The Corporation is authorized to issue 250 Class B Convertible Preferred shares.

This amendment to change the authorized shares of the corporation was approved by the common (voting) Shareholders and Directors of the Corporation and that the number of votes cast for the amendment by each voting group was sufficient for approval.

IN WITNESS WHEREOF, the undersigned has executed these Articles of Amendment this 20th day of March 2002.

HOME AMERICA MORTGAGE, INC.,
a Florida corporation

By: _____
Gary J. Garrett, President

STATE OF FLORIDA
COUNTY OF MARION

Before me, personally appeared, Gary J. Garrett, as President of the corporation, to me well known and known to me to be the person described in and who executed the foregoing Articles of Amendment and acknowledged to and before me that he executed said instrument for the purposes therein expressed, and that he is personally known to me or has produced _personally known_ as identification.

WITNESS my hand and official seal this 20th day of March 2002.

_____
Notary Public, State of Florida

OFFICIAL NOTARY SEAL
MARGARET A POTTER
COMMISSION NUMBER
DD030743
MY COMMISSION EXPIRES
JUNE 27,2005

Daniel Hicks, P.A.
421 South Pine Avenue
Ocala, Florida 34474-4175
Telephone: (352) 351-3353
Facsimile: (352) 351-8054
Florida Bar No.: 0145139

((( H02000065025 7   )))                    - 2 -



Department of State / Division of Corporations / Search Records / Search by Entity Name /

# Detail by Entity Name

Florida Profit Corporation
HOME AMERICA MORTGAGE, INC.

**Filing Information**

| | |
|---|---|
| **Document Number** | P02000048413 |
| **FEI/EIN Number** | 81-0600987 |
| **Date Filed** | 05/02/2002 |
| **State** | FL |
| **Status** | INACTIVE |
| **Last Event** | VOLUNTARY DISSOLUTION |
| **Event Date Filed** | 09/21/2023 |
| **Event Effective Date** | NONE |

**Principal Address**

425 W New England Ave
Suite 300
Winter Park, FL 32789

Changed: 03/23/2023

**Mailing Address**

425 W New England Ave
Suite 300
Winter Park, FL 32789

Changed: 03/23/2023

**Registered Agent Name & Address**

Luria, Neil F
425 W New England Ave
Suite 300
Winter Park, FL 32789

Name Changed: 03/23/2023

Address Changed: 03/23/2023

**Officer/Director Detail**

**Name & Address**

Title CRO

Luria, Neil F
425 W New England Ave
Suite 300
Winter Park, FL 32789

**Annual Reports**

| Report Year | Filed Date |
|---|---|
| 2022 | 03/21/2022 |
| 2022 | 05/05/2022 |
| 2023 | 03/23/2023 |

## Document Images

| | |
|---|---|
| 09/21/2023 -- VOLUNTARY DISSOLUTION | View image in PDF format |
| 03/23/2023 -- ANNUAL REPORT | View image in PDF format |
| 05/05/2022 -- AMENDED ANNUAL REPORT | View image in PDF format |
| 03/21/2022 -- ANNUAL REPORT | View image in PDF format |
| 03/17/2021 -- ANNUAL REPORT | View image in PDF format |
| 06/04/2020 -- ANNUAL REPORT | View image in PDF format |
| 06/13/2019 -- ANNUAL REPORT | View image in PDF format |
| 04/26/2018 -- ANNUAL REPORT | View image in PDF format |
| 03/07/2017 -- ANNUAL REPORT | View image in PDF format |
| 03/10/2016 -- ANNUAL REPORT | View image in PDF format |
| 04/20/2015 -- ANNUAL REPORT | View image in PDF format |
| 05/01/2014 -- ANNUAL REPORT | View image in PDF format |
| 02/07/2013 -- ANNUAL REPORT | View image in PDF format |
| 03/28/2012 -- ANNUAL REPORT | View image in PDF format |
| 01/18/2011 -- ANNUAL REPORT | View image in PDF format |
| 04/22/2010 -- ANNUAL REPORT | View image in PDF format |
| 11/24/2009 -- REINSTATEMENT | View image in PDF format |
| 02/25/2008 -- ANNUAL REPORT | View image in PDF format |
| 07/03/2007 -- ANNUAL REPORT | View image in PDF format |
| 02/14/2006 -- ANNUAL REPORT | View image in PDF format |
| 09/23/2005 -- REINSTATEMENT | View image in PDF format |
| 04/13/2004 -- ANNUAL REPORT | View image in PDF format |
| 11/04/2003 -- REINSTATEMENT | View image in PDF format |
| 05/02/2002 -- Domestic Profit | View image in PDF format |

**PO2000048413**

# Florida Department of State

### Division of Corporations
Public Access System
Katharine Harris, Secretary of State

### Electronic Filing Cover Sheet

Note: Please print this page and use it as a cover sheet. Type the fax audit number (shown below) on the top and bottom of all pages of the document.

### (((H02000132125 4)))

Note: DO NOT hit the REFRESH/RELOAD button on your browser from this page. Doing so will generate another cover sheet.

To:
      Division of Corporations
      Fax Number      : (850)205-0381

From:
      Account Name    : DANIEL HICKS, P.A.
      Account Number  : 075061003325
      Phone           : (352)351-3353
      Fax Number      : (352)351-8054

02 MAY -2 PM 1:59
SECRETARY OF STATE
DIVISION OF CORPORATIONS

# FLORIDA PROFIT CORPORATION OR P.A.

## HOME AMERICA MORTGAGE, INC.

| | |
|---|---|
| Certificate of Status | 0 |
| Certified Copy | 0 |
| Page Count | 03 |
| Estimated Charge | $70.00 |

((( ))) 

SECRETARY OF STATE
DIVISION OF CORPORATIONS
02 MAY -2 PM 1:59

# ARTICLES OF INCORPORATION

## OF

# HOME AMERICA MORTGAGE, INC.

The undersigned incorporator, for the purpose of forming a corporation under the Florida Business Corporation Act, does hereby adopt the following Articles of Incorporation:

### ARTICLE I
### NAME AND ADDRESS

The name of the Corporation shall be: HOME AMERICA MORTGAGE, INC.

The address of the principal office of the Corporation is: 101 N.E. 2nd Street, Ocala, Florida 34470, and the mailing address of the Corporation is: 101 N.E. 2nd Street, Ocala, Florida 34470.

### ARTICLE II
### DURATION

This Corporation shall have perpetual existence.

### ARTICLE III
### BUSINESS, OBJECTS OR PURPOSE

The general nature of the business to be transacted by this Corporation or the objects or purposes of the Corporation shall be as follows:

1.     To engage in and transact any lawful business for which the corporation may be incorporated under the Florida Business Corporation Act and other incorporation laws of the State of Florida.  No other purpose limits this general purpose in any way.

((( )))

(((                  )))

2.     To do such other things as are incidental to the purposes of the Corporation or necessary or desirable in order to accomplish them.

### ARTICLE IV
### AUTHORIZED SHARES

The aggregate number of shares which the Corporation is authorized to issue is 100 shares of common stock. Such shares shall be of a single class and shall have a par value of $.01 per share.

### ARTICLE V
### INITIAL REGISTERED OFFICE AND AGENT

The street address of the initial registered office of the Corporation is 421 South Pine Avenue, Ocala, Florida 34474-4175, and the name of the initial Registered Agent at that address is Daniel Hicks.

### ARTICLE VI
### INCORPORATORS

The name and address of the Incorporator is as follows: Daniel Hicks, 421 South Pine Avenue, Ocala, Florida 34474-4175. The power of the Incorporator shall terminate upon the filing of the Articles of Incorporation of HOME AMERICA MORTGAGE, INC. with the office of the Secretary of State of Florida.

### ARTICLE VII
### AMENDMENT

The Corporation reserves the right to amend or repeal any provisions contained in these Articles of Incorporation or any amendment to them, and any right conferred upon the Shareholders is subject to this reservation.

(((                  )))     - 2 -

(((               )))

IN WITNESS WHEREOF, the undersigned has signed these Articles of Incorporation on this the 2nd day of May, 2002.

_____
Daniel Hicks, Incorporator

STATE OF FLORIDA
COUNTY OF MARION

Before me personally appeared Daniel Hicks, to me well known and known to me to be the person described in and who executed the foregoing Articles of Incorporation and acknowledged to and before me that he executed said instrument for the purposes therein expressed.

WITNESS my hand and official seal this the 2nd day of May, 2002.



DEBRA S. NICKEL
MY COMMISSION # CC 830474
EXPIRES: May 14, 2003
Bonded Thru Pichard Insurance Agency

_____
Notary Public, State of Florida

## ACCEPTANCE BY DESIGNATION
## REGISTERED AGENT/REGISTERED OFFICE

I, the undersigned person, having been named as registered agent and to accept service of process for the above-stated Corporation at the place designated in this statement, hereby accept the appointment as registered agent and agree to act in this capacity. I further agree to comply with the provisions of all statutes relating to the proper and complete performance of my duties, and I am familiar with and accept the obligations of my position as registered agent.

DATED: May 2, 2002

_____
Daniel Hicks

Daniel Hicks, P.A.
421 South Pine Avenue
Ocala, Florida 34474-4175
Telephone: (352) 351-3353
Facsimile: (352) 351-8054
Florida Bar No: 0145139

02 MAY -2 PM 1: 59

SECRETARY OF STATE
DIVISION OF CORPORATIONS

(((           )))          - 3 -