# U.S. Bankruptcy Court
# Middle District of Florida (Jacksonville)
# Bankruptcy Petition #: 3:09-bk-10023-JAF

*Assigned to:* Jerry A. Funk
Chapter 11
Voluntary
Asset

*Date filed:* 11/25/2009
*Date terminated:* 02/21/2020
*341 meeting:* 01/06/2010

*Debtor disposition:* Discharge Not Applicable

**Debtor**
**Home America Mortgage, Inc.**
4901Vineland Road, Ste 120
Orlando, FL 32811
MARION-FL
Tax ID / EIN: 81-0600987

represented by **Russell M Blain**
Stichter, Riedel, Blain & Postler, P.A.
110 East Madison Street, Suite 200
Tampa, FL 33602
813-229-0144
Fax : 813-229-1811
Email: rblain.ecf@srbp.com

**Scott A. Stichter**
Stichter, Riedel, Blain & Postler, P.A.
110 E. Madison Street, Suite 200
Tampa, FL 33602-4700
813-229-0144
Fax : 813-229-1811
Email: sstichter.ecf@srbp.com

**U.S. Trustee**
**United States Trustee - JAX 11, 11**
Office of the United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801
407-648-6301

represented by **Scott E Bomkamp**
DOJ-Ust
United States Trustee
400 W. Washington St.
Ste 1100
Orlando, FL 32801
407-648-6069
Email: scott.e.bomkamp@usdoj.gov

| Filing Date | # | Docket Text |
|---|---|---|
| 11/25/2009 | 1 (4 pgs) | Voluntary Petition under Chapter 11. (Paid) Schedules and Statements Incomplete, Statement of Financial Affairs Not Filed or Incomplete, Disclosure of Compensation of Attorney Not Filed or Not Required, Filed by Russell M Blain on behalf of Home America Mortgage, Inc.. Chapter 11 Plan due by 03/25/2010 Disclosure Statement due by 03/25/2010 (Blain, Russell) Modified on 11/27/2009 (Cathy). (Entered: 11/25/2009) |
| 11/25/2009 | 2 (2 pgs) | List of 20 Largest Unsecured Creditors Filed by Russell M Blain on behalf of Debtor Home America Mortgage, Inc.. (Blain, Russell) (Entered: 11/25/2009) |
| 11/25/2009 | | Receipt of Filing Fee for Voluntary Petition (Chapter 11)(3:09-bk-10023) [misc,volp11a2] (1039.00). Receipt Number 18326535, Amount Paid $1039.00 (U.S. Treasury) (Entered: 11/25/2009) |
| 11/27/2009 | | Assignment of the Honorable Jerry A. Funk, Bankruptcy Judge to this case . (Patrick) (Entered: 11/27/2009) |
| 11/30/2009 | 3 (1 pg) | Notice of Deficient Filing. Corporate Ownership Statement . (Cathy P.) (Entered: 11/30/2009) |
| 11/30/2009 | 4 (1 pg) | Order of Retention of Debtor-In-Possession. Signed on 11/30/2009 (Cathy P.) (Entered: 11/30/2009) |
| 11/30/2009 | 5 (2 pgs) | Order Authorizing Debtor-In-Possession to Operate Business. Signed on 11/30/2009 (Cathy P.) (Entered: 11/30/2009) |
| 11/30/2009 | 6 (2 pgs) | Notice of Commencement of Case, Section 341 Meeting of Creditors, and Fixing Deadlines . Section 341(a) meeting to be held on 1/6/2010 at 02:00 PM at Jacksonville, FL (3-40) - Suite 1-200, 300 North Hogan St.. Proofs of Claims due by 4/6/2010. (Cathy P.) (Entered: 11/30/2009) |

| Date | Doc # | Description |
|---|---|---|
| 11/30/2009 | 7 (2 pgs) | Notice of Deficient Filing. Summary of Schedules, Schedules, Exhibit A, Statement of Affairs, Attorney Statement of Compensation, Motion to Retain an Attorney and Affidavit of Proposed Attorney, Case Management Summary and Most recent financial statements including a balance sheet, statement of operations, cash flow statement, and Federal income tax return pursuant to 11 U.S.C. §1116(1)(A)(B). (related document(s)1). (Cathy P.) (Entered: 11/30/2009) |
| 11/30/2009 | 8 (3 pgs) | Notice of Appearance and Request for Notice Filed by Robert A. Soriano on behalf of Creditor Sovereign Bank. (Soriano, Robert) (Entered: 11/30/2009) |
| 12/01/2009 | 9 (1 pg) | Notice *of Appearance for Purposes of CM/ECF* Filed by United States Trustee - JAX. (Escamilla, Elena) (Entered: 12/01/2009) |
| 12/02/2009 | 10 (2 pgs) | BNC Certificate of Mailing - Order (related document(s) (Related Doc # 4)). Service Date 12/02/2009. (Admin.) (Entered: 12/03/2009) |
| 12/02/2009 | 11 (3 pgs) | BNC Certificate of Mailing - Order (related document(s) (Related Doc # 5)). Service Date 12/02/2009. (Admin.) (Entered: 12/03/2009) |
| 12/02/2009 | 12 (3 pgs) | BNC Certificate of Mailing. (related document(s) (Related Doc # 7)). Service Date 12/02/2009. (Admin.) (Entered: 12/03/2009) |
| 12/02/2009 | 13 (2 pgs) | BNC Certificate of Mailing. (related document(s) (Related Doc # 3)). Service Date 12/02/2009. (Admin.) (Entered: 12/03/2009) |
| 12/02/2009 | 14 (5 pgs) | BNC Certificate of Mailing - Notice of Meeting of Creditors. (related document(s) (Related Doc # 6)). Service Date 12/02/2009. (Admin.) (Entered: 12/03/2009) |
| 12/04/2009 | 15 (7 pgs) | Emergency Motion for Joint Administration of Lead Case 3:09-bk-07047-JAF with 3:09-bk-10022-JAF and 3:09-bk-10023-JAF Filed by Edward J. Peterson III on behalf of Debtor Home America Mortgage, Inc. (Peterson, Edward) (Entered: 12/04/2009) |
| 12/04/2009 | 16 (3 pgs) | Motion to Extend Deadline to File Schedules or Provide Required Information Filed by Edward J. Peterson III on behalf of Debtor Home America Mortgage, Inc. (Peterson, Edward) (Entered: 12/04/2009) |
| 12/04/2009 | 17 (2 pgs) | Certificate of Necessity Filed by Edward J. Peterson III on behalf of Debtor Home America Mortgage, Inc. (related document(s)15). (Peterson, Edward) (Entered: 12/04/2009) |
| 12/04/2009 | 18 (1 pg) | Notice of Hearing on Emergency Motion for Order Directing Joint Administration of Chapter 11 Cases Pursuant to Bankruptcy Code 1015(B) filed by Debtor (related document(s)17, 15). Hearing scheduled for 12/15/2009 at 10:00 AM at Jacksonville, FL - 300 North Hogan St. 4th Floor Courtroom 4D. (Penny) (Entered: 12/04/2009) |
| 12/06/2009 | 19 (2 pgs) | BNC Certificate of Mailing - Notice of Hearing (related document(s) (Related Doc # 18)). Service Date 12/06/2009. (Admin.) (Entered: 12/07/2009) |
| 12/07/2009 | 20 (1 pg) | Statement of Corporate Ownership Filed by Edward J. Peterson III on behalf of Debtor Home America Mortgage, Inc.. (Peterson, Edward) (Entered: 12/07/2009) |
| 12/08/2009 | 21 | Proposed Order *on Motion to Extend Time to File Schedules and Statement of Financial Affairs* Filed by Edward J. Peterson III on behalf of Debtor Home America Mortgage, Inc. (related document(s)16). (Peterson, Edward) (Entered: 12/08/2009) |
| 12/10/2009 | 22 (1 pg) | Order Granting Motion To Extend Deadline to File Schedules or Provide Required Information *re: Schedules and Statement of Affairs* (Related Doc # 16) Signed on 12/10/2009. (Cathy P.) (Entered: 12/11/2009) |
| 12/13/2009 | 23 (2 pgs) | BNC Certificate of Mailing - PDF Document. (related document(s) (Related Doc # 22)). Service Date 12/13/2009. (Admin.) (Entered: 12/14/2009) |
| 12/15/2009 | 24 (12 pgs) | Application to Employ Stichter, Riedel, Blain & Prosser, P.A. as Counsel for Debtor *and Supporting Affidavit of Edward J. Peterson* Filed by Edward J. Peterson III on behalf of Debtor Home America Mortgage, Inc. (Peterson, Edward) (Entered: 12/15/2009) |
| 12/15/2009 | | Hearing Held: *Emergency Motion for Order Directing Joint Administration of Chapter 11 Cases Pursuant to B.R. 1015(b) f/b Debtor - Ruling: Granted - order/Blaine* (related document(s)15, 17, 18). (Penny) (Entered: 12/16/2009) |
| 12/23/2009 | 25 (3 pgs) | Chapter 11 Case Management Summary Filed by Edward J. Peterson III on behalf of Debtor Home America Mortgage, Inc.. (Peterson, Edward) (Entered: 12/23/2009) |
| 12/30/2009 | 26 (31 pgs) | Summary of Schedules , Schedules A - H, Filing Fee Not Paid or Not Required., Statement of Financial Affairs , List of Equity Security Holders Filed by Edward J. |

| Date | Doc # | Description |
|---|---|---|
| | | Peterson III on behalf of Debtor Home America Mortgage, Inc.. (Peterson, Edward) (Entered: 12/30/2009) |
| 12/30/2009 | | Receipt of Filing Fee for Schedules (all schedules, individual schedules or amended schedules)(3:09-bk-10023-JAF) [misc,schaja] ( 26.00). Receipt Number 18697269, Amount Paid $ 26.00 (U.S. Treasury) (Entered: 12/30/2009) |
| 01/04/2010 | 27 (6 pgs) | Motion to Reject Unexpired Leases of Non-Residential Real Property Filed by Edward J. Peterson III on behalf of Debtor Home America Mortgage, Inc. (Peterson, Edward) (Entered: 01/04/2010) |
| 01/04/2010 | 28 (6 pgs) | Motion to Reject Unexpired Leases of Certain Equipment Filed by Edward J. Peterson III on behalf of Debtor Home America Mortgage, Inc. (Peterson, Edward) (Entered: 01/04/2010) |
| 01/06/2010 | 29 (1 pg) | Notice of Hearing on Motion to Reject Unexpired Leases of Non-Residential Real Property and Motion to Reject Unexpired Leases of Certain Equipment, both filed by Debtor Home America Mortgage, Inc. (related document(s)28, 27). Hearing scheduled for 1/22/2010 at 10:00 AM at Jacksonville, FL - 300 North Hogan St. 4th Floor Courtroom 4D. (Cathy P.) (Entered: 01/06/2010) |
| 01/07/2010 | | The United States Trustee states that the initial meeting of creditors was held and concluded on **01/06/10**. Filed by United States Trustee - JAX. (Escamilla, Elena) (Entered: 01/07/2010) |
| 01/07/2010 | | Until further notice, the United States Trustee will not appoint a committee of creditors pursuant to 11 U.S.C. Section 1102 because of an insufficient number of unsecured creditors willing or able to serve on an unsecured creditors committee. Filed by United States Trustee - JAX. (Escamilla, Elena) (Entered: 01/07/2010) |
| 01/08/2010 | 30 (2 pgs) | BNC Certificate of Mailing - Notice of Hearing (related document(s) (Related Doc # 29)). Service Date 01/08/2010. (Admin.) (Entered: 01/09/2010) |
| 01/12/2010 | 31 (1 pg) | Certificate of Service Re: *Notice of Commencement of Chapter 11 Case* Filed by Edward J. Peterson III on behalf of Debtor Home America Mortgage, Inc. (related document(s)6). (Peterson, Edward) (Entered: 01/12/2010) |
| 01/13/2010 | 32 | (NOT PROCESSED - CORRECTED BY DOC. #33) Proposed Order *Granting Motion for Joint Administration* Filed by Edward J. Peterson III on behalf of Debtor Home America Mortgage, Inc. (related document(s)15). (Peterson, Edward) Modified on 1/19/2010 (Susan). (Entered: 01/13/2010) |
| 01/15/2010 | 33 | Proposed Order *Granting Motion for Joint Administration* Filed by Edward J. Peterson III on behalf of Debtor Home America Mortgage, Inc. (related document(s)15). (Peterson, Edward) (Entered: 01/15/2010) |
| 01/19/2010 | 34 (4 pgs) | Order Granting Motion For Joint Administration *with Cases 09-10022 and 09-7047 (09-7047 Lead Case)* (Related Doc # 15). Signed on 1/19/2010. (Cathy P.) (Entered: 01/20/2010) |
| 01/20/2010 | 35 | *An order has been entered in this case consolidating this case with the Chapter 11 Bankruptcy cases of Taylor Bean & Whitaker Mortgage Corp., Case No. 3:09-bk-7047 and REO Specialists, LLC, Case No. 3:09-bk-10022 for procedural purposes only and providing for its Joint Administration in accordance with the terms thereof. The docket in Case No.: 3:09-bk-7047-JAF should be consulted for all matters affecting the Jointly-Administered cases.* (related document(s)34). (Cathy P.) (Entered: 01/20/2010) |
| 01/20/2010 | 36 (4 pgs) | Notice to Creditors and Other Parties in Interest *Order Granting Motion For Joint Administration with Cases 09-10022 and 09-7047 (09-7047 Lead Case)* (related document(s)34). (Cathy P.) (Entered: 01/20/2010) |
| 01/20/2010 | 37 (1 pg) | Financial Reports for the Period November 26, 2009 to December 31, 2009. Filed by Edward J. Peterson III on behalf of Debtor Home America Mortgage, Inc.. (Peterson, Edward)**(See Corrective Entry Dated 1/25/10)** Modified on 1/25/2010 (Cathy). Additional attachment(s) added on 1/25/2010 (Perkins, Cathy). (Entered: 01/20/2010) |
| 01/22/2010 | 38 (5 pgs) | BNC Certificate of Mailing - PDF Document. (related document(s) (Related Doc # 34)). Service Date 01/22/2010. (Admin.) (Entered: 01/23/2010) |
| 01/22/2010 | 39 (5 pgs) | BNC Certificate of Mailing - PDF Document. (related document(s) (Related Doc # 36)). Service Date 01/22/2010. (Admin.) (Entered: 01/23/2010) |

| | | | |
|---|---|---|---|
| | | | Bank of New York Mellon as Investor and to compel Inspection - M/Continue Granted - Order/Peterson; 7) Motion for Relief from Stay filed by Cumberland Valley Nat'l Bank and Trust - Denied (As Moot) -Order/Peterson; 8) Motion for 2004 Examination of National Union Fire Insurance Co., of Pittsburgh filed by the Creditors Committee - Under Advisement Ord in Due Course; 9) Motion for Relief from Stay by National Union Fire Insurance Company of Pittsburgh - Under Advisement - Order in Due Course; 10) Motion for Relief from Stay filed by US Ameribank (Objection by Joni Cox-Tanner) - Adjourned and Removed from Calendar until further notice - Order/Peterson (related document(s)1788, 95, 1585, 854, 1796, 1763, 1860, 1837, 1789, 866). (Cathy P.) (Entered: 09/13/2010) |
| 09/10/2010 | | 1927 (1 pg) | Notice *of Appearance List for Hearing Held 9/10/10 @ 10:00 a.m.* Filed by (related document(s)[]). (Cathy P.) (Entered: 09/13/2010) |
| 09/11/2010 | | 1924 (2 pgs) | BNC Certificate of Mailing. (related document(s) (Related Doc # 1910)). Service Date 09/11/2010. (Admin.) (Entered: 09/12/2010) |
| 09/11/2010 | | 1925 (2 pgs) | BNC Certificate of Mailing - PDF Document. (related document(s) (Related Doc # 1911)). Service Date 09/11/2010. (Admin.) (Entered: 09/12/2010) |
| 09/13/2010 | | 1926 (176 pgs; 5 docs) | Second Amended Certificate of Service Re: *of Motion for Relief from Stay [Doc #1885]* Filed by Cindy L Runyan on behalf of Creditor Wells Fargo Bank, N.A. (related document(s)1904). (Attachments: 1 Exhibit MFR2 Exhibit A3 Exhibit B4 Exhibit C) (Runyan, Cindy) (Entered: 09/13/2010) |
| 09/13/2010 | | 1928 (12 pgs) | Motion for Relief from Stay. Filing Fee Paid. Re: Real Property in Mecklenburg County North Carolina. Filed by Gretchen Nelli on behalf of Creditor The City of Charlotte (Susan B.) (Entered: 09/13/2010) |
| 09/13/2010 | | 1929 (18 pgs) | Motion for Relief from Stay. (Fee Paid.) Re: Unit 1308, South Commons Phase I Condominium, Chicago, IL. Filed by Ronald B. Cohn on behalf of Creditor South Commons Phase I Condominium Assn. (Cohn, Ronald) (Entered: 09/13/2010) |
| 09/13/2010 | | | Receipt of Filing Fee for Motion for Relief From Stay(3:09-bk-07047-JAF) [motion,mrlfsty] ( 150.00). Receipt Number 21860204, Amount Paid $ 150.00 (U.S. Treasury) (Entered: 09/13/2010) |
| 09/13/2010 | | 1930 (2 pgs) | Order Abating Motion For Relief From Stay *by The City of Charlotte* (Related Doc # 1928) Signed on 9/13/2010. (Susan B.) (Entered: 09/13/2010) |
| 09/13/2010 | | 1931 (9 pgs) | Affidavit *in Support of Motion for Relief From Stay* Filed by Ronald B. Cohn on behalf of Creditor South Commons Phase I Condominium Assn. (related document(s)1929). (Cohn, Ronald) (Entered: 09/13/2010) |
| 09/13/2010 | | 1946 (3 pgs) | Objection to *Court Doc. No. 1585 - the "alleged" sale of any assets* Filed by Creditor Suzanne Weiner (related document(s)1585). (Perkins, Cathy) Modified on 9/23/2010 (Cathy). (No Action, No Hearing - Hearing Held #1923) (Entered: 09/16/2010) |
| 09/14/2010 | | 1932 (1 pg) | Order Abating Motion For Relief From Stay *by South Commons Phase I Condominium Assn.* (Related Doc # 1929) Signed on 9/14/2010. (Susan B.) (Entered: 09/14/2010) |
| 09/14/2010 | | 1933 (2 pgs) | Order Denying Motion *for Rule 2004 Examination by Creditor's Committee* (Related Doc # 1860). Signed on 9/14/2010. (Susan B.) (Entered: 09/14/2010) |
| 09/14/2010 | | 1934 (7 pgs) | Order Granting Motion For Relief From Stay *by National Union* (Related Doc # 1534) Signed on 9/14/2010. (Susan B.) (Entered: 09/14/2010) |
| 09/14/2010 | | 1935 (342 pgs; 13 docs) | Third Application for Compensation *for Services Rendered and Reimbursement of Expenses Incurred for Troutman Sanders as Special Counsel for Debtor Taylor, Bean & Whitaker Mortgage Corp..* For the period: May 1, 2010 Through August 31, 2010 Filed by Attorney Jeffrey W Kelley (Attachments: 1 Exhibit A, Part 12 Exhibit A - Part 23 Exhibit B4 Exhibit C - Part 15 Exhibit C - Part 26 Exhibit D7 Exhibit E - Part 18 Exhibit E - Part 29 Exhibit F10 Exhibit G - Part 111 Exhibit G - Part 212 Exhibit H) (Kelley, Jeffrey) Modified on 9/17/2010 (Cathy). (Entered: 09/14/2010) |
| 09/14/2010 | | 1936 (3 pgs) | Order Granting Motion for Approval *Settlement Agreement as Amended, by and among Taylor Bean & Whitaker Mortgage, Corp.The Federal Deposit Insurance Corporation as receiver of Colonial Bank and the Official Committee of Unsecured Creditors* (Related Doc # 1783). Signed on 9/14/2010. (Susan B.) (Entered: 09/15/2010) |
| 09/15/2010 | | 1937 (3 pgs) | Motion to Extend Time *and For Adjustment of Timetable for Short Extension to File Third Interim Applications for Allowance* Filed by Russell M Blain on behalf of Attorney Stichter Riedel Blain & Prosser, P.A. (related document(s)620). (Blain, Russell) (Entered: 09/15/2010) |

EXHIBIT 7

October 8, 2010

CONSTANTIN ANGUS
2128 E MAIN LN
SNELLVILLE, GA 30078

Loan Number: 1000152551
Property Address: 2128E MAIN ST
SNELLVILLE, SNELLVILLE 30078

Dear CONSTANTIN ANGUS :

<b>Notice of Transfer of Ownership of Mortgage Loan</b>

The ownership of your loan was in dispute. Pursuant to a Settlement Agreement approved by the United States Bankruptcy Court for the Middle District of Florida on September 14, 2010, in the case <u>In re: Taylor, Bean & Whitaker Mortgage Corp.</u>, Chapter 11 Case No. 3:09-bk-07047-JAF, Taylor, Bean & Whitaker Mortgage Corp. ("TBW") and the FDIC as Receiver for Colonial Bank (the "FDIC") resolved that dispute and agreed that TBW owned your loan subject to a security interest of the FDIC.

The Truth-in-Lending Act requires that borrowers receive a written notice whenever ownership of a mortgage loan secured by their principal residence is transferred to a new owner, whether by sale, assignment or otherwise. We are providing this Notice because it has been agreed that TBW owns your loan.

There is a difference between the owner and the servicer of your mortgage loan. The owner is the creditor for your mortgage loan. The servicer collects the payments made on your mortgage loan, sends you billing statements, and provides the day-to-day administration of our mortgage loan as a contractor on the creditor's behalf. Importantly, the transfer of your mortgage loan to a new owner will not result in a change of the servicer. The name, address and telephone number of your servicer has not changed and is set forth below.

**You should continue to send your mortgage loan payments to the current servicer of your loan, RoundPoint Mortgage Servicing Corporation ("RoundPoint").** If you have any questions regarding your mortgage loan or the servicing of your mortgage loan, you should contact RoundPoint. RoundPoint is authorized to handle all of your inquiries and requests.

Please note the following information regarding the transfer of your mortgage loan:

1. The name, address and telephone number of your new creditor:

    **Taylor, Bean & Whitaker Mortgage Corp.
    315 NE 14th Street
    Ocala, FL 34470
    352-512-0317**

2. The date of the transfer of your mortgage loan: **September 14, 2010**