**Secretary of State**

Corporations Division
315 West Tower
#2 Martin Luther King, Jr. Dr.
Atlanta, Georgia 30334-1530

```
CONTROL NUMBER: 0014394
EFFECTIVE DATE: 03/23/2000
JURISDICTION   : FLORIDA
REFERENCE      : 0045
PRINT DATE     : 03/27/2000
FORM NUMBER    : 316
```

HOME AMERICA MORTGAGE, INC.
320 WEST PIKE ST.
SUITE 200
LAWRENCEVILLE, GA 30045

### CERTIFICATE OF AUTHORITY TO TRANSACT BUSINESS

I, Cathy Cox, the Secretary of State and the Corporations Commissioner of the State of Georgia, do hereby certify under the seal of my office that

**HOME AMERICA MORTGAGE, INC. (FLORIDA)**
**A FOREIGN PROFIT CORPORATION**

has been duly incorporated under the laws of the jurisdiction set forth above and has filed an application meeting the requirements of Georgia law to transact business as a foreign corporation in this state.

WHEREFORE, by the authority vested in me as Corporations Commissioner, the above named corporation is hereby granted, on the effective date stated above, a certificate of authority to transact business in the State of Georgia as provided by Title 14 of the Official Code of Georgia Annotated.

WITNESS my hand and official seal in the City of Atlanta and the State of Georgia on the date set forth above.



Cathy Cox
Secretary of State



**OFFICE OF SECRETARY OF STATE**
CORPORATIONS DIVISION
Suite 315, West Tower, 2 Martin Luther King Jr., Drive
Atlanta, Georgia 30334-1530
(404) 656-2817
Registered agent, officer, entity status information on the Internet
http://www.sos.state.ga.us

ROBERT RAY, JR.
Assistant Secretary of State - Operations

WARREN H. RARY
Director

CATHY COX
Secretary of State

**APPLICATION FOR CERTIFICATE OF AUTHORITY
FOR FOREIGN CORPORATION**

DO NOT WRITE IN SHADED AREA - SOS USE ONLY



NOTICE TO APPLICANT: PRINT PLAINLY OR TYPE REMAINDER OF THIS FORM.

1. **Corporate Name:** Home America Mortgage, Inc. (Florida)
   **Name Reservation Number (Optional):** 870587
   **Date Business Commenced (Or Proposed) in Georgia:** May 1, 2000
   (NOTE: If the date provided here is more than 30 days prior to the date the application is received by the Secretary of State, a $500 penalty FOR EACH YEAR OR PART THEREOF, will be assessed.)

2. **Applicant/Attorney:** Home America Mortgage, Inc. **Tel** (770) 682-1797 **Fax** (770) 682-6643
   **Address:** 320 West Pike Street Suite 200
   **City:** Lawrenceville, **State:** GA **Zip Code:** 30045

3. **Principal Office Mailing Address:** 101 N.E. 2nd Street
   **City:** Ocala, **State:** FL **Zip Code:** 34470

4. **Name of Registered Agent in Georgia:** James G. Hicks
   **Registered Office Street Address in Georgia:** 320 West Pike Street Suite 200
   **City:** Lawrenceville **County:** Gwinnett **State:** GA **Zip Code:** 30045

5. Circle ONE: [X] PROFIT  [ ] NONPROFIT
   **Jurisdiction (Home State/Country):** Florida
   **Date of Incorporation:** June 09, 1995
   **Period of Duration:** 4 Yrs

6. | Officer/Director | Address | City | State | Zip Code |
   |---|---|---|---|---|
   | James G. Hicks, President (Officer/CEO) | 366 Auburn Road | Auburn, GA | | 30011 |
   | Gary J. Garrett, Vice Pres. (Officer/CFO) | 101 N.E. 2nd Street | Ocala, FL | | 34470 |
   | Coda C. Roberson, III, Sec. (Officer/SEC) | 480 S.W. 87th Place | Ocala, FL | | 34476 |
   | Timothy A. Parker, Director | P. O. Box 482 | Sparr, FL | | 32192 |

NOTICE: Mail or deliver the following items to the Secretary of State at the above address.
(1) an original and one copy of this application
(2) a filing fee of $170.00 (Profit) or $70.00 (Non-Profit) payable to "Secretary of State" Filing fees are NON-refundable.
(3) an ORIGINAL certificate of existence, certified by the home state or country within 90 days of filing in Georgia. (Photocopied or faxed documents WILL NOT be accepted.)

*Gary J. Garrett* (Authorized Signature)
**Date:** March 21, 2000

Registered agent, officer, entity status information on the Internet: http://www.sos.state.ga.us

FORM 236



# State of Florida
## Department of State

I certify from the records of this office that HOME AMERICA MORTGAGE, INC. is a corporation organized under the laws of the State of Florida, filed on June 9, 1995.

The document number of this corporation is P95000046291.

I further certify that said corporation has paid all fees due this office through December 31, 2000, that its most recent annual report/uniform business report was filed on March 16, 2000, and its status is active.

I further certify that said corporation has not filed Articles of Dissolution.

Given under my hand and the
Great Seal of the State of Florida
at Tallahassee, the Capitol, this the
Twentieth day of March, 2000



CR2EO22 (1-99)

*Katherine Harris*
Katherine Harris
Secretary of State



101 N.E. 2nd Street
Ocala, FL 34470-6642

(352) 351-1109

March 22, 2000

Secretary of State
Corporations Division
Suite 315 West Tower
2 Martin Luther King, Jr. Drive
Atlanta, GA 30334-1530

TO WHOM IT MAY CONCERN:

Please use the self-addressed express mail packaging to return our "Certificate of Authority".

Thanking you in advance for your cooperation in this matter.

Home America Mortgage

Ms. Margaret A. Potter
Asst Human Resources

| BR201(12-2000) 2001 CORPORATION ANNUAL REGISTRATION | ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|---|
| HOME AMERICA MORTGAGE, INC. (FLORIDA) | 101 N.E. 2ND ST. | OCALA | FL | 34470 |
| PRINCIPAL OFFICERS AND REGISTERED AGENT(S) | | | | |
| CEO: JAMES G. HICKS | 386 AUBURN ROAD | AUBURN | GA | 30011 |
| CFO: GARY J. GARRETT | 101 N.E. 2ND ST. | OCALA | FL | 34470 |
| SEC: CODA C. ROBERSON, III | 480 S.W. 87TH PLACE | OCALA | FL | 34476 |
| AGT: JAMES G. HICKS | 320 WEST PIKE ST. STE. 200 | LAWRENCEVILLE | GA | 30045 |

IF ABOVE INFORMATION HAS CHANGED, TYPE OR PRINT CORRECTIONS BELOW

CORPORATION ADDRESS:
CEO:
CFO:
SEC:
AGT: [GA]

I HEREBY CERTIFY THAT I AM AUTHORIZED TO SIGN THIS FORM, AND THAT THE INFORMATION IS TRUE AND CORRECT.

SIGNATURE:
TITLE: Agent   PHONE #: 770-682-7797

COUNTY OF REGISTERED OFFICE: GWINNETT
COUNTY CHANGE OR CORRECTION:

FEE: $15.00   FL   03/23/00   FP   N   0014394

BR201 (12-00) 2001 CORPORATION ANNUAL REGISTRATION

0100143940015OOHOMEAMERICAMORTGAGEI



| | Control No: 0014394 |
|---|---|
| | Date Filed: 03/25/2009 02:22 PM |
| | Karen C Handel |
| | Secretary of State |

# STATE OF GEORGIA
## 2009 Corporation Annual Registration

**OFFICE OF SECRETARY OF STATE**
Annual Registration Filings
P.O. Box 23038
Columbus, Georgia 31902-3038

Karen C Handel
Secretary of State

Chauncey Newsome
Director

Entity Control No. 0014394

Information on record as of: 3/25/2009

HOME AMERICA MORTGAGE, INC. (FLORIDA)
950 GRAYSON HIGHWAY
LAWRENCEVILLE GA, 30045

Amount due from this entity is indicated below. Annual fee is $30. If amount is more than $30, total reflects amount(s) due from previous year(s). **Renew by April 1, 2009**

Renew at www.georgiacorporations.org or by submitting bottom portion with check payable to "Secretary of State".

Officer, address and agent information currently of record is listed below. Please verify "county of registered office." If correct and complete, detach bottom portion, sign, and return with payment. Or, enter changes as needed and submit. Complete each line, even if the same individual serves as Chief Executive Officer, Chief Financial Officer and Secretary of the corporation. Please PRINT LEGIBLY.

**Note:** Agent address must be a street address in Georgia where the agent may be served personally. A mail drop or P.O. Box does not comply with Georgia law for registered office. P.O. Box may be used for principal office and officers.

Any person authorized by the entity to do so may sign and file registration (including online filing).

Please return ONLY the original form below and fee. Other filings and correspondence should be sent to our Atlanta address: Corporations Division, 315 West Tower, #2 Martin Luther King Jr. Drive, Atlanta, GA 30334.

Visit www.georgiacorporations.org to file online or for more information on annual registration. Or, call 404-656-2817.

**Current information printed below. Review and update as needed. Detach original coupon and return with payment.**

| | CORPORATION NAME | ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|---|---|
| | HOME AMERICA MORTGAGE, INC. (FLORIDA) | 950 GRAYSON HIGHWAY | LAWRENCEVILLE | GA | 30045 |
| CEO: | JAMES G. HICKS | 366 AUBURN ROAD | AUBURN | GA | 30011 |
| CFO: | ERIC DANLEY | 904 LIGHT HOUSE WAY | LAWRENCEVILLE | GA | 30043 |
| SEC: | DENNIS MOSELEY | 6350 OLD WOOD HOLLOW WAY | BUFORD | GA | 30518 |
| AGT: | CARL WRIGHT | 253 WEST CROGAN STREET | LAWRENCEVILLE | GA | 30045 |

**IF ABOVE INFORMATION HAS CHANGED, TYPE OR PRINT CORRECTIONS BELOW:**

| | Corporation Addr: | | | | |
|---|---|---|---|---|---|
| CEO: | LEE B FARKAS | 315 NE 14th Street | Ocala | FL | 34470 |
| CFO: | DELTON DEARMAS | 315 NE 14th St | Ocala | FL | 34470 |
| SEC: | DENNIS MOSELEY | 950 Grayson Hwy | Lawrenceville | GA | 30045 |
| AGT: | | P.O. BOX NOT ACCEPTABLE | | GA | |

| I CERTIFY THAT I AM AUTHORIZED TO SIGN THIS FORM AND THAT THE INFORMATION IS TRUE AND CORRECT. | COUNTY OF REGISTERED OFFICE: | COUNTY CHANGE OR CORRECTION: |
|---|---|---|
| AUTHORIZED SIGNATURE: LEE B FARKAS  DATE: 3/25/2009 | Gwinnett | |
| TITLE: Filer | | |

BR203 2009 Corporation Annual Registration

Amount Due: **$30.00**

091 0014394%1 0030004 HOMEAMERICAMORTGAGEIO

Control No. **0014394**

# STATE OF GEORGIA

## Secretary of State

Corporations Division
315 West Tower
#2 Martin Luther King, Jr. Dr.
Atlanta, Georgia 30334-1530

# CERTIFICATE
# OF
# Administrative
# Dissolution/Revocation

I, **Brian P. Kemp**, the Secretary of State of the State of Georgia, do hereby certify under the seal of my office that

**HOME AMERICA MORTGAGE, INC. (FLORIDA)**

was mailed a notice in accordance with Title 14 of the Official Code of Georgia Annotated and was involuntarily or administratively dissolved or its certificate of authority revoked by the Office of Secretary of State on **08/28/2011** for failure to file its annual registration.

This certificate is issued pursuant to Title 14 of the Official Code of Georgia Annotated and is prima-facie evidence of the existence or nonexistence of the facts stated herein.

WITNESS my hand and official seal of the City of Atlanta and the State of Georgia on August 28, 2011



Brian P. Kemp
Secretary of State