

**William R. Carlisle, Esq.**
**Attorney at Law**

wrclaw@gmail.com
(770) 295-0175

4607 Cardinal Ridge Way
Flowery Branch, GA 30542

11/14/2023

Dianna Thomas
Madison Management Services, LLC
4600 Kietzke Lane, Suite K 225
Reno, NV 89502

Brian Goldberg
Freeman, Mathis & Gary, LLP
100 Galleria Parkway, Suite 1600
Atlanta, GA 30039-5948

**RE:** **My Client:** **Constantine Angus**
**Your Client:** **CWS Investments, Inc.**
**Property Address:** **2128 Main Street East, Snellville, GA 30078**
**FGM File Number:** **18278-108343**

To: Dianna Thomas, Madison Management Services, LLC, CWS Investments, Inc., Freeman, Mathis & Gary, LLP, and Attorney Brian Goldberg,

This letter is written in my capacity as attorney for Constantine Angus. All further communication on this alleged debt must be directed to my attention. It is hereby demanded that all debt collection efforts in connection with the above listed file number cease and desist immediately. Further, information and documents are requested to further evaluate the validity of your client's claims and the legality of debt collection efforts against Mr. Angus. Relevant facts supporting our demand and request for information are discussed in greater detail below.

As noted in the "mini-Miranda" language from your 10/02/2023 letter, as required under 15 USC § 1692e(11), you and your client are "debt collectors" under 15 USC § 1692a(6). While the 10/02/2023 letter is not signed by any individual at your firm, it was drafted on the letterhead of Attorney Brian Goldberg and includes his email address and direct phone number.

Your letter identifies CWS Investments, Inc.("CWS") as a "secured creditor" under a security deed executed on 02/07/2007 with Home America Mortgage ("HAM"). The deed was to secure a note for $46,950.00. More accurately, your client is an alleged assignee of rights to a note and security deed. The claims of CWS Investments, Inc. derive from Windstream Capital. Windstream Capital's alleged rights derive from TBW Mortgage Group. TBW Mortgage Group's alleged rights are based on an assignment from TBW Mortgage Backed Trust Series 2007-02; whose claims are based on the assignment from Home America Mortgage.

1

HAM assigned its rights on 09/30/2010. The assignment to CWS is dated 08/14/2023. In addition to receiving your letter demanding payment, Mr. Angus has also received debt collection letters from Madison Management Services, LLC ("MMS"), who was presumably hired by your client to pose as a "mortgage servicer." An email from Dianna Thomas, dated 11/09/2023, demands payment and informs Mr. Angus that *the account is in default."* According to your letter, Mr. Angus owes a debt to CWS in the amount of $119,444.01, plus interest accruing at the daily rate of $13.88.

The communications from your firm, MMS and CWS to Mr. Angus seem to ignore or overlook the fact that the account with HAM was closed and the balance of the note was charged off to bad debt prior to the original assignment to TBW Mortgage Group. The note and security deed to HAM were previously intertwined with a contemporaneous first mortgage note and deed. In 2008, the junior note and deed were left unsecured by the drop in real estate values and sold off into the secondary debt collection market. Despite the passage of almost 15 years since the account was charged off and closed, CWS is apparently claiming that interest has continued to accrue on the note, without interruption. Can you provide proof of compliance by all "assignees" with the Truth in Lending Act ("TILA") and Regulation Z, with respect to the delivery of periodic statements showing interest accruals on the debt?

Additionally, your letter indicates that CWS is the holder of the 02/07/2007 note and the security deed to HAM. The recorded assignment from Windstream Capital to CWS does not mention assignment of a note or a security deed. The assignment references a "mortgage." When the word "mortgage" is used to describe the alleged conveyance of rights affecting real estate, the legal meaning is materially different from transactions based on a "promissory note" and/or "security deed." Nevertheless, CWS and MMS are creating the appearance that they are the servicer and creditor on an open loan account. It appears that they own no rights in the instruments executed by Mr. Angus.

Based on all known facts and documents detailing the history of the 02/07/2007 note and security deed, the communications from your firm, CWS and MMS appear to be violations of the Fair Debt Collection Practices Act at 15 USC § 1692, et seq. ("FDCPA") and the GA Fair Business Practices Act OCGA § 10-1-390 et seq. ("FBPA"). Please provide all information establishing the truth of your statements concerning the character, legal status and amount of the alleged debt.

If you are unable or unwilling to provide proof of the validity of the debt and its amount, or there is no response within 14 days of this letter, it is likely that we will file a civil action for money damages shortly thereafter. If you have questions or wish to discuss any aspect of this matter, please let me know.

Respectfully,

*/s/ William R. Carlisle*
Attorney for Constantine Angus