IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CONSTANTINE ANGUS,  )  <br>   Plaintiff,  )  <br>   ) <br> -versus-  )   Civil Action No. <br> MADISON MANAGEMENT  )   1:24-cv-03626-LMM-LTW <br> SERVICES, LLC and  )  <br> FREEMAN MATHIS & GARY, LLP,  )  <br>   Defendants.  )  | |

### STIPULATION OF PARTIES TO
### VOLUNTARILY DISMISSAL OF ALL CLAIMS

**COME NOW** the parties in the above action, by and through their undersigned attorneys of record, who enter this stipulation, pursuant to F.R.Civ.P. 41(a)(1) and L.R. 41.1, by providing as follows"

As indicated by the signatures of their attorneys below, the parties hereby stipulate and agree to the dismissal of all claims in this action, with prejudice, and with all parties agreeing to bear their own fees and costs incurred in this action.

**WHEREFORE**, it is requested by the parties that an Order for dismissal be entered by the Clerk, pursuant to L.R. 41.1.

Date: 03/18/2025

(*Signatures on following page*)

1

## Certification Under L.R. 5.1D

**This brief has been prepared in compliance with LR 5.1(B).**

By Plaintiff:

/s/ William R. Carlisle
William R. Carlisle
Attorney for Plaintiff
GA Bar No.: 110382
Carlisle Law Firm
4607 Cardinal Ridge Way
Flowery Branch, GA 30542
(770) 295-0175
wrclaw@gmail.com

By Defendants:

/s/ Scott E. Anderson
Scott E. Anderson
Attorney for Defendants
GA Bar No.: 105077
Freeman, Mathis & Gary, LLP
100 Galleria Parkway, Suite 1600
Atlanta, GA 30339
ph.(404) 303-8638
scott.anderson@fmglaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 29, 2019, I filed a copy of the foregoing Stipulation of Voluntary Dismissal with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Date: 03/18/2025

Submitted by:
/s/ William R. Carlisle
William R. Carlisle
Attorney for Plaintiff
GA Bar No.: 110382

**CARLISLE LAW FIRM**
4607 Cardinal Ridge Way
Flowery Branch, GA 30542
wrclaw@gmail.com
(770) 295-0175 ph.

3

## ORDER OF DISMISSAL

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1) and L.R. 41.1, **IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE** as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

The Clerk is directed to close the file.

Date:

_____
**Clerk, United States District Court**
**N. District of GA, Atlanta Division**